UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

EDWARD PITRE,

                                Plaintiff,

- against -

THE CITY OF NEW YORK, FIRE DEPARTMENT OF
THE CITY OF NEW YORK, JAN BORODO,
individually, JOHN FIORENTINO, individually, and
JOSEPH M. MASTROPIETRO, individually,

                                Defendants.
------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

18 CV 05950 (VM)(DCF)

        **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent the City of New York and the Fire Department of the City of New York (collectively "City Defendants"), in the above-referenced action as lead counsel.  Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information related to this matter, be directed to me at the address below.

Dated:        New York, New York
               September 17, 2018

                              **ZACHARY W. CARTER**
                              Corporation Counsel of the
                               City of New York
                              Attorney for City Defendants
                              100 Church Street, Room 2-109C
                              New York, New York 10007
                              (212) 356-2470
                              tpachole@law.nyc.gov

                 By:          /s/ Tomasz Pacholec
                         Tomasz Pacholec
                         Assistant Corporation Counsel

Cc:     Counsel of Record (By ECF)