```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------X
EDWARD PITRE,                           :
                                        :
                         Plaintiff,     :
                                        :         **ORDER**
     - against -                        :
                                        :         18 Civ. 5950 (VM)
CITY OF NEW YORK, et al.,               :
                                        :
                         Defendants.    :
----------------------------------------X

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the case management conference in this matter scheduled for March 19, 2021 at 11:00 a.m. shall proceed via telephone in light of the ongoing public health emergency. The parties are directed to use the dial-in number 888-363-4749 (international callers dial 215-446-3662), with access code 8392198.

**SO ORDERED.**

Dated:   New York, New York
         17 March 2021

                                    _____
                                              Victor Marrero
                                                 U.S.D.J.