

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2021

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

NICHOLAS GREEN
Assistant Corporation Counsel
Labor & Employment Law Division
Phone: (212) 356-2445

May 13, 2021

**By Email to: ChambersNYSDMarrero@nysd.uscourts.gov**
Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Suite 1040
New York, New York 10007

                Re: Pitre v. City of New York, et al.
                    18-CV-5950(VM)(DCF)

Dear Judge Marrero:

       I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, and attorney for Defendants in the above-referenced action. I write jointly with counsel for Plaintiff to respectfully request a 30-day stay of discovery and referral to a settlement conference before a magistrate judge to seek resolution of this matter, or, alternatively, a 45-day extension of discovery from May 21, 2021 to June 6, 2021 so that the parties may resolve all outstanding discovery issues, while simultaneously working toward a negotiated resolution of this matter.

       The parties believe that at this juncture that having the opportunity to discuss settlement prior to the close of discovery will serve the interests of all parties and may allow a potential resolution of this matter prior to the parties engaging in summary judgment motion practice. This is the parties' second request for an extension of discovery in this matter and this request will not affect any other pending deadlines in this matter.

       Thank you for your consideration of this request.

                                        /s/ Nicholas Green
                                        Nicholas Green
                                        Assistant Corporation Counsel

cc: Seamus P. Barrett, Esq. (By Electronic Mail)
Derek Smith Law Group, PLLC
One Penn Plaza, Suite 4905
New York, NY 10119
Seamus@dereksmithlaw.com



The request is granted. Discovery is hereby stayed for 30 days while the parties seek to resolve the matter.

SO ORDERED.

5/14/2021
DATE

VICTOR MARRERO, U.S.D.J.