```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
EDWARD PITRE,

                        Plaintiff,

        - against -

THE CITY OF NEW YORK, FIRE DEPARTMENT
OF THE CITY OF NEW YORK, JAN BORODO,
JOHN FIORENTINO, and JOSEPH M.
MASTROPIETRO,

                        Defendants.
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/22
```

**18 Civ. 5950 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The five-day jury trial in this matter is rescheduled to begin on Monday, January 23, 2023. Based on the January 23 trial date, the parties are directed to file all pretrial submissions in accordance with the trial practices set forth in the Court's Individual Practices.

**SO ORDERED.**

Dated:   June 23, 2022
         New York, New York

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.

1