USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDWARD PITRE,

                Plaintiff,

- against -

THE CITY OF NEW YORK, et al.,

                Defendant.

---

18 Civ. 5950 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The parties have advised the Court they are hopeful to settle this matter without need for trial. Accordingly, the five-day jury trial in this matter is rescheduled to now begin on Monday, April 24, 2023. Based on the April 24 trial date, the parties are directed to file all pretrial submissions in accordance with the trial practices set forth in the Court's Individual Practices. Per the previously entered Order Referring Case to Magistrate Judge (See Dkt. No. 58; see also May 2, 2022 Minute Entry (redesignating action to Magistrate Judge Figueredo)), the Court refers settlement to the designated Magistrate Judge.

**SO ORDERED.**

Dated:    29 December 2022
             New York, New York

                                            _____
                                              Victor Marrero
                                                U.S.D.J.