UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDWARD PITRE,

                                    Plaintiffs,                      **18-CV-5950 (VM)**

                -against-                      **ORDER RESCHEDULING
                                                                     PRE-SETTLEMENT
THE CITY OF NEW YORK, et al.,                CONFERENCE CALL**

                                   Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A pre-settlement conference call in this matter is hereby rescheduled for **Thursday, February 9, 2023, at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].** The Clerk of Court is respectfully directed to terminate the motion at ECF No. 76.

                **SO ORDERED.**

DATED:      New York, New York
                 January 31, 2023

                                                                      VALERIE FIGUEREDO
                                                                      United States Magistrate Judge