```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD PITRE,

                Plaintiff,

- against -

THE CITY OF NEW YORK, et al.,

                Defendant.

**18 Civ. 5950 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On August 11, 2023, Defendants notified the Court of the death of named defendant, John Fiorentino, and properly indicated, pursuant to Rule 25 of the Federal Rules of Civil Procedure, that plaintiff Edward Pitre could substitute a proper party upon motion within 90 days. (See Dkt. No. 82.) This action is set to go to trial on September 25, 2023. (See Dkt. No. 81.) Pre-trial filings are due, according to the Court's Individual Practices, 30 days prior to trial. Accordingly, within seven (7) days of the date of this order the parties are directed to file a status report on the trial schedule given the recent developments.

**SO ORDERED.**

Dated:    15 August 2023
           New York, New York

                                            _____
                                              Victor Marrero
                                                 U.S.D.J.