

**T**HE **C**ITY OF **N**EW **Y**ORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**Hon. Sylvia O. Hinds-Radix**
*Corporation Counsel*

**LAUREN F. SILVER**
Assistant Corporation Counsel
Labor & Employment Law Division
Phone: (212) 356-2507

August 22, 2023

**By ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re: <u>Pitre v. City of New York, et al.</u>,
> 18-CV-5950 (VM) (DCF)

Dear Judge Marrero:

I am an Assistant Corporation Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. I write on behalf of all parties and per the Court's August 15, 2023 order (Dkt. No. 85) to update the Court on the trial schedule. In light of Defendant Fiorentino's death, Plaintiff agrees to dismiss Defendant Fiorentino from the Action and will not move forward with substitution. All parties are prepared to move forward with trial on September 25, 2023.

We thank the Court for its attention in this matter.

/s/ Lauren F. Silver
Lauren F. Silver
Assistant Corporation Counsel

cc: Seamus P. Barrett, Esq. (By ECF)
Derek Smith Law Group, PLLC
One Penn Plaza, Suite 4905
New York, NY 10119
Seamus@dereksmithlaw.com