

August 25, 2023

**<u>Via ECF</u>**

United States District Judge Victor Marrero
United States Courthouse
500 Pearl Street; Suite 1040
New York, NY 10007

**Re: Pitre v. City of New York, et al; 18-CV-5950 (VM)**
Dear Judge Marrero:

We represent the Plaintiff in the above-referenced matter. I write pursuant to Your Honor's Individual Rule #I.G. to respectfully request a short extension from today, 8/25/23, to next Wednesday 8/30/23, for the deadline to file the parties' proposed Joint Pretrial Order, Jury Instructions and Verdict sheet. Defendants consent to this request. The reason for this request that Plaintiff's counsel was on bereavement leave last week and has been on scheduled vacation this week, limiting counsel's ability to confer with Plaintiff regarding these documents. This is the first such request for an extension of this deadline. This requested extension will not impact any other deadlines in this case.

Thank you for your consideration and attention in this matter.

*Respectfully submitted,*

**DEREK SMITH LAW GROUP, PLLC**
*Attorneys for Claimant*

Seamus P. Barrett, Esq.
1 Penn Plaza; Suite 4905
New York, NY 10119
(212) 587-0760

CC: to all parties via ECF