UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EDWARD PITRE,                                   :

                Plaintiff,          :

      - v -                                     :
                                                 ORDER
THE CITY OF NEW YORK, FIRE                      :
DEPARTMENT OF THE CITY OF NEW                       18 Civ. 5950 (DC)
YORK, JAN BORODO, JOHN FIORENTINO,              :
JOSEPH M. MASTROPIETRO,

                                      :
                Defendants.

                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

       This case having been reassigned to the undersigned, a status conference will be held on Wednesday, September 6, 2023, at 10:00 AM, in Courtroom 905 in the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

       SO ORDERED.

Dated:     New York, New York
            August 28, 2023

                                              DENNY CHIN
                                              United States Circuit Judge
                                              Sitting by Designation