UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
EDWARD PITRE,

                              Plaintiff,

   - against -

THE CITY OF NEW YORK, FIRE DEPARTMENT OF
THE CITY OF NEW YORK, JAN BORODO,
individually, and JOSEPH M. MASTROPIETRO,
individually,

                              Defendants.

------------------------------------------------------------------------ x

**DEFENDANTS' PROPOSED VERDICT FORM**

18-CV-5950 (DC)

## VERDICT FORM

*All jurors must agree on the answers to all questions. Please CHECK (✓) your answers and fill in the blanks.*

### SHRL/CHRL DISABILITY DISCRIMINATION

**Question 1**

Did Plaintiff prove by a preponderance of the credible evidence that any of the below Defendants unlawfully discriminated against him based on his disability?

| | | |
|---|---|---|
| City of New York: | YES_____ | NO_____ |
| Jan Borodo: | YES_____ | NO_____ |
| Joseph M. Mastropietro: | YES_____ | NO_____ |

**PROCEED TO QUESTION 2.**

### FMLA INTERFERENCE[1]

**Question 2**

---

[1] Defendants submit that plaintiff's FMLA claims are time barred and should not proceed to trial.

Did plaintiff prove by a preponderance of the credible evidence that any of the below Defendants interfered with his rights under the Family and Medical Leave Act?

| | | |
|---|---|---|
| City of New York: | YES_____ | NO_____ |
| Jan Borodo: | YES_____ | NO_____ |
| Joseph M. Mastropietro: | YES_____ | NO_____ |

**PROCEED TO QUESTION 3.**

## FMLA RETALIATION[2]

### Question 3

Did plaintiff prove by a preponderance of the credible evidence that any of the below Defendants retaliated against him because he engaged in Family and Medical Leave Act protected activity?

| | | |
|---|---|---|
| City of New York: | YES_____ | NO_____ |
| Jan Borodo: | YES_____ | NO_____ |
| Joseph M. Mastropietro: | YES_____ | NO_____ |

**PLEASE PROCEED TO QUESTION 4.**

## RACE DISCRIMINATION

### Question 4

Did Plaintiff Pitre prove by a preponderance of the credible evidence that any of the below Defendants unlawfully discriminated against him based on his race?

| | | |
|---|---|---|
| City of New York: | YES_____ | NO_____ |
| Jan Borodo: | YES_____ | NO_____ |
| Joseph M. Mastropietro: | YES_____ | NO_____ |

**PROCEED TO QUESTION 5.**

---

[2] Defendants submit that plaintiff's FMLA claims are time barred and should not proceed to trial.

**CHRL HOSTILE WORK ENVIRONMENT**

**Question 5**

Did plaintiff prove by a preponderance of the credible evidence that he was subjected to a hostile work environment based on disability by any of the Defendants listed below??

City of New York:          YES_____          NO_____

Jan Borodo:                YES_____          NO_____

Joseph M. Mastropietro:    YES_____          NO_____

**PROCEED TO QUESTION 6.**

**Question 6**

Did plaintiff prove by a preponderance of the credible evidence that he was subjected to a hostile work environment based on race by any of the Defendants listed below?

City of New York:          YES_____          NO_____

Jan Borodo:                YES_____          NO_____

Joseph M. Mastropietro:    YES_____          NO_____

**PROCEED TO QUESTION 7.**

**SHRL/CHRL RETALIATION**

**Question 7**

Did Plaintiff prove by a preponderance of the credible evidence that any of the below listed Defendants unlawfully retaliated against him for engaging in protected activity?

City of New York:          YES_____          NO_____

Jan Borodo:                YES_____          NO_____

Joseph M. Mastropietro:    YES_____          NO_____

**IF YOU ANSWERED *"NO"* TO *ALL* THE QUESTIONS ABOVE, YOUR DELIBERATIONS ARE FINISHED. THE FOREPERSON SHOULD SIGN THE LAST PAGE AND RETURN THE VERDICT FORM TO THE COURT.**

**IF YOU ANSWERED *"YES"* TO *ANY* OF THE QUESTIONS ABOVE, PLEASE PROCEED TO QUESTION 8.**

**Question 8**

Did Plaintiff prove by a preponderance of the evidence that he suffered compensatory damages as a result of any Defendants' unlawful conduct?

Yes _____        No _____

**If you answered "YES," continue to Question 9(a) and 9(b), and skip Question 9(c).  If you answered "NO," skip Question 9(a) and 9(b) and continue to Question 9(c).**

**Question 9**

(a) If you answered "Yes" to Question 8, state the dollar amount of emotional distress damages Plaintiff has proven that she sustained that were proximately caused by defendant(s):

$_____

(b) If you answered "Yes" to Question 8, state the dollar amount of economic damages Plaintiff has proven that she sustained that were proximately caused by defendant(s*):*

$_____

(c) If you answered "No" to Question 8, state the amount of nominal damages to be awarded to the Plaintiff not to exceed one dollar:

$_____

**YOU HAVE REACHED A VERDICT. THE FOREPERSON SHOULD DATE AND SIGN THE VERDICT FORM, PLACE IT IN A SEALED ENVELOPE MARKED "VERDICT" AND HAND IT TO THE MARSHALL**.

**Your foreperson must now sign and date the verdict sheet.**

_____
Signature of Foreperson