UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD PITRE,<br><br>                                   Plaintiff,<br><br>- against -<br><br>THE CITY OF NEW YORK, FIRE DEPARTMENT OF THE CITY OF NEW YORK, JAN BORODO, individually, JOHN FIORENTINO, individually, and JOSEPH M. MASTROPIETRO, individually,<br><br>                                   Defendants. | **NOTICE OF MOTION IN LIMINE**<br><br>18 CV 5950(DC)(DCF) |

**PLEASE TAKE NOTICE** that, upon Defendants' Memorandum of Law in Support of Defendants' Motion in Limine, dated August 30, 2023; and upon all prior pleadings and proceedings had herein, Defendants will move this Court, before the Honorable Denny Chin, at the United States Court of Appeals for the Second Circuit, located at 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an order precluding certain claims, testimony, and exhibits from being submitted at trial, together with such other and further relief as the Court deems just, proper, and equitable.

Dated:   New York, New York
        August 30, 2023

           **HON. SYLVIA HINDS-RADIX**
           Corporation Counsel of the
            City of New York
           Attorney for Defendants
           100 Church Street
           New York, New York 10007-2601
           Tel: 212-356-2507
           lasilver@law.nyc.gov

By:   /s/ *Lauren F. Silver*
        Lauren F. Silver
        Senior Counsel

To: via ECF
Counsel of record