UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

EDWARD PITRE,                                          18-CV-5950

                                        Plaintiff,     **DECLARATION OF LAUREN
                                                       SILVER IN SUPPORT OF
                   -against-                           DEFENDANTS' MOTION IN
                                                       LIMINE**
THE CITY OF NEW YORK, FIRE DEPARTMENT
OF THE CITY OF NEW YORK[1], JAN BORODO,
individually, JOHN FIORENTINO individually, and
JOSEPH M. MASTROPIETRO, individually,

                                        Defendants.

------------------------------------------------------------------- x


        **Lauren F. Silver**, declares, pursuant to 28 U.S.C. § 1746 and under the penalty of

perjury, that the following is true and correct:

    1. I am an Assistant Corporation Counsel in the office of the Honorable Sylvia O.

        Hinds-Radix, Corporation Counsel of the City of New York, attorney for

        Defendants in the above-captioned action.

    2. I respectfully submit this declaration in support of Defendant's Motion in

        Limine.

    3. Attached hereto as Exhibit "A" is an excerpt of the August 3, 2021, Deposition of

        Edward Pitre.

---

[1] The Fire Department of the City of New York, as an agency of the City of New York, is not a
suable entity. See Olabopo v. Gomes, 2016 U.S. Dist. LEXIS 134521, at *9 (E.D.N.Y.
September 28, 2016) (dismissing claims against FDNY because it is a non-suable entity);
United States v. City of New York, 683 F.Supp.2d 225, 243 (E.D.N.Y.2010) (citing Warheit v.
City of New York, No. 02 Civ. 7345 (PAC), 2006 U.S. Dist. LEXIS 58167, 2006 WL
2381871, at 13 (S.D.N.Y. Aug. 15, 2006)) (dismissing all claims against FDNY because
FDNY is not suable).   Accordingly, any claims against FDNY must be dismissed from this
case and removed from the caption.

 

**WHEREFORE,** Defendant respectfully requests the Court grant Defendant's Motion in Limine and grant any such other and further relief as the Court may deem just and proper.

Dated:        New York, New York
              August 30, 2023

                                    **HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, 2nd Floor
New York, New York 10007
(212) 356-2507
LaSilver@law.nyc.gov

           By:            */s/* ***Lauren F. Silver***
                                Lauren F. Silver
                                Assistant Corporation Counsel

To: via ECF
Plaintiff's counsel

2