E. PITRE

Page 134

1              And then that's when the -- I got a letter -- I

2      mean email that Miguel actually called me in his office,

3      and he goes, Good luck.  He says, Let me show you this

4      email, and he showed me this email.

5              Look -- he says, Look at the answer that they

6      gave me.  And it said -- and it was from Jan, and it was

7      cc'd -- all of this is all cc'd.  You gotta remember, all

8      of this stuff is cc'd to Fiorentino.  So it's Fiorentino --

9      the order goes Fiorentino, Jan, Mastropietro, and it goes,

10     Did you ask Edward Pitre -- I don't remember how much time,

11     I can't tell you, for the vacation -- how does he plan to

12     get the surgery when he doesn't have this time?  You know,

13     that's what he mentioned, right?

14             And he goes, Can you believe that?  And I said,

15     I'm not shocked.  And then he goes -- then he talks about

16     filling out an FMLA, which we both looked at him, like --

17     I'm like this guy -- this is incompetence.  How can he be

18     the director and not know that it's not an FMLA; it's an

19     on-the-line injury; it's Workers' Comp; it doesn't have

20     anything to do with FMLA.

21             And we all looked at each other, like, what is he

22     talking about?  That's not the right paperwork at all.  If

23     that's federal, that's if I would have been skiing in Aspen

24     or something, then you use FMLA; not for an on-the-line

25     injury.

E. PITRE

Page 135

1    Q.    So when you say FMLA, are you referring to the

2    Family Medical Leave Act?

3    A.    That's correct.

4    Q.    And so you were -- how did you become aware that

5    -- was it Fiorentino had suggested you make an FMLA

6    request?

7    A.    No.  Miguel was telling me.

8    Q.    Miguel told you that you should make an FMLA

9    request?

10   A.    No.  He said -- I'm talking to him, and he says,

11   Look at this email that I got, and he was talking about how

12   -- how Jan was addressing -- he said, Can you ask Ed how

13   does he plan to get this surgery?

14         He says, This is what I'm supposed to ask you.

15   He says, Not me; look at my email.  And he literally turned

16   his computer and goes, Look what he -- he wants me to ask

17   you this question, and he wants an answer.  That's what he

18   told me; he wants your answer.

19         And we were laughing.  He goes, I need to write

20   to tell him what -- in fact, he even told me that they

21   would call every day, What did you guys talk about?  What

22   -- you know, when is he going to go back, and how long is

23   he -- this is what he told me.

24         He goes, And I need to write a report how many

25   times I talked to you.  This is what he said.  He said this

E. PITRE

```
 1    is unheard of.  Here you're out on surgery, you're going,

 2    and this is what I need to go back and write in detail.

 3            Nobody else gets this but me, and he was upset by

 4    that.  He goes, I don't like what they're doing to you, but

 5    and he goes, look, to prove it to me.

 6    Q.    Sorry, what did you say?

 7    A.    He had to show me -- he showed me the email.  He

 8    literally turned his computer to show me that it wasn't

 9    him, like it wasn't -- like, don't be mad at me, it's them,

10    look.

11    Q.    How did the topic of FMLA come up?

12    A.    I think it was a day or two that I was about to

13    go to surgery, and Miguel was saying, Well, good luck, Ed,

14    and he was just talking to me.

15    Q.    So Correa brought up the subject of FMLA?

16    A.    No.  He -- they wanted to send an email.  They

17    wanted to know how do I plan to get -- so he needed that

18    answer.  They wanted back -- they needed an answer how did

19    I plan to get surgery.

20    Q.    And they talked about FMLA as an option?

21    A.    I don't know when that came in, but he told me

22    about -- later on about FMLA.

23            But he first was telling me about the topic

24    first, was how do I plan to be off for work when you have X

25    amount of vacation, I can't tell you how many sick time,
```

E. PITRE

Page 137

1   when they knew the surgery was going to take -- the

2   recovery was going to take a long period of time.

3       Q.      Prior to that point, were you ever spoken to or

4   provided information about FMLA?

5       A.      No.  Like I said, when the FMLA came about, it

6   was disregarded because it wasn't FMLA.  It is a Workers'

7   Comp; it was an on-the-job injury.  That was two different

8   things.

9       Q.      Okay.  So you had never received, like,

10  information about FMLA before or anything like that?

11      A.      Like they personally gave it to me, like handed

12  it to me?

13      Q.      Training materials or anything of that nature?

14      A.      Oh, no.

15      Q.      Had you ever seen posters in the workplace about

16  FMLA?

17      A.      Posters?  No, we don't really have -- I think we

18  only have the -- first, we didn't have posters, we didn't

19  have anything.  Not even -- anything for injuries, that

20  doesn't exist in my unit.

21             We didn't see that until -- that stuff don't

22  exist until like maybe -- posters, no.  They put -- I

23  forgot what it was.  No, that doesn't exist.  Maybe now

24  since I left, but not way before, no.

25      Q.      Did you ever receive emails with training

E. PITRE

Page 138

1    materials?

2        A.      Training?  To my email?  No.

3                    MR. BARRETT:  Objection.

4                    Go ahead.

5        Q.      Did you ever speak with anyone at the FDNY about

6    taking leave under the FMLA?

7        A.      No.  Not at all.

8        Q.      So after you made a request for leave relating to

9    your surgery, was that request granted?

10                    MR. BARRETT:  I'm going to object.  Can you

11              clarify that?

12        Q.      Did you receive a response after making a request

13    for leave related to your surgery?

14        A.      No.  You just hand -- I just handed the

15    paperwork.

16              And then after I handed it -- I gave them enough

17    notice.  It wasn't like here's Monday and then Tuesday I

18    went surgery.  So I handed -- I don't know the time period,

19    but I know it was a gap, and that's when Miguel literally

20    said, Hey, can you believe they want me to ask you this

21    question?  I need to write back to them, how do you plan to

22    get this surgery?

23        Q.      Okay.  Did you, in fact, go on leave for the

24    surgery?

25        A.      Yes.