UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

EDWARD PITRE,

                                                            Plaintiff,

- against -                            **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, FIRE DEPARTMENT OF     18 CV 5950(DC)
THE CITY OF NEW YORK, JAN BORODO,
individually, JOHN FIORENTINO, individually, and
JOSEPH M. MASTROPIETRO, individually,

                                                 Defendants.
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Hon. Sylvia Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent all Defendants in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below.

Dated:       New York, New York
              September 6, 2023

                                                 Hon. Sylvia Hinds-Radix
                                                 Corporation Counsel of the
                                                   City of New York
                                                 Attorney for Defendants
                                                 100 Church Street, Room 2-140
                                                 New York, New York 10007
                                                 (212) 356-1177
                                                 ssuhovsk@law.nyc.gov

                                        By:    */s/ Stephen M. Suhovsky*
                                                 Stephen M. Suhovsky
                                                 Senior Counsel

To:     Seamus P. Barrett, Esq. (By ECF)
        Derek Smith Law Group, PLLC
        One Penn Plaza, Suite 4905
        New York, NY 10119
        Seamus@dereksmithlaw.com

| |
|---|
| Docket No. 18-CV-5950(VM)(DCF) |
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| EDWARD PITRE,<br><br>                Plaintiff,<br><br>- against -<br><br>THE CITY OF NEW YORK, FIRE DEPARTMENT OF THE CITY OF NEW YORK, JAN BORODO, individually, JOHN FIORENTINO, individually, and JOSEPH M. MASTROPIETRO, individually,<br><br>                Defendants. |
| **NOTICE OF APPEARANCE** |
| *Hon. Sylvia Hinds-Radix*<br>*Corporation Counsel of the City of New York*<br> *Attorney for City Defendants*<br> *100 Church Street, Room 2-169*<br> *New York, New York  10007-2601*<br><br> *Of Counsel:  Stephen M. Suhovsky*<br> *Telephone:  (212) 356-1177*<br> *Matter No.:  2018-064552* |

*Due and timely service is hereby admitted.*

*Dated: New York, New York....................................................2023*

*Signed:  ............................................................................................*

*Attorney for ....................................................................................*