UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EDWARD PITRE, :

       Plaintiff, :

       - v - :     ORDER

THE CITY OF NEW YORK, FIRE :     18 Civ. 5950 (DC)
DEPARTMENT OF THE CITY OF NEW
YORK, JAN BORODO, JOHN FIORENTINO, :
JOSEPH M. MASTROPIETRO,
       :
       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

       Counsel for the parties appeared for a status conference on Wednesday, September 6, 2023. Following the discussion at the status conference, and on consent of all parties, it is hereby ORDERED:

    I.    Trial is adjourned until Wednesday, **November 1, 2023**, at 9:30 a.m., in Courtroom 905, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

    II.    By the close of business on **September 18, 2023**, Plaintiff Edward Pitre shall submit a response to the defendants' motions *in limine*.

    III.    On **September 25, 2023**, at 3:00 p.m., in Courtroom 905, the parties shall appear for a Settlement Conference. Counsel shall appear along with Mr. Pitre, and a representative of the defendants with settlement authority shall be available in-person or by telephone.

    IV.    By **October 11, 2023**, the parties shall submit a list of undisputed facts and exhibits and a stipulation that amends the case caption and dismisses all claims against defendants Fire Department of the City of New York and John Fiorentino.

V.   On **October 11, 2023**, at 10:00 a.m., in Courtroom 905, the parties shall appear for oral argument on the issues raised in defendants' motions *in limine*.

SO ORDERED.

Dated:   New York, New York
September 6, 2023

_____
DENNY CHIN
United States Circuit Judge
Sitting by Designation