UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

EDWARD PITRE,

**SEAMUS P. BARRETT, ESQ.'S DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE***

Plaintiff,

-against-                                                        Civ No: 18-CV-5950 (DC)

THE CITY OF NEW YORK,
JAN BORODO, individually, and
JOSEPH M. MASTROPIETRO, individually,

Defendants.
----------------------------------------------------------------X

SEAMUS P. BARRETT, ESQ. declares, under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct:

1.      I am an Attorney of the DEREK SMITH LAW GROUP, PLLC, attorneys of record for Plaintiff EDWARD PITRE. As such I am familiar with the facts and circumstances of this case.

2.      I submit this Declaration in opposition to Defendants' Motion *In Limine*.

3.      Exhibit 1 attached hereto is a true and correct copy of the settlement agreement reached in Plaintiff's 2011 lawsuit, in which settlement was reached in around late October 2014, when the agreement was signed.

4.      Exhibit 2 attached hereto is a true and correct copy of a 5/11/21 email between myself and Defense Counsel of record, Nicholas Green, Esq. and the attachment to that email, which was Plaintiff's supplemental 26(a) disclosures that were sent to Defendants, dated 5/11/21.

5.      Exhibit 3 attached hereto is true and correct copy of  an email exchange dated 6/1/22 between the undersigned and defense counsel, Nicholas Green, Esq., wherein I re-sent the

NYCERS release from 2020, and offered to send a new release, and where Mr. Green, in response

indicates that he believes the old release will be fine.

Dated:          September 19, 2023

                New York, NY

Respectfully submitted,

                                        DEREK SMITH LAW GROUP, PLLC

                                        Attorneys for Plaintiff

                                        /s/Seamus Barrett_____

                                        Seamus Barrett, Esq.

                                        One Penn Plaza, Suite 4905

                                        New York, NY 10119