## RE: Pitre v. City et al., NYCERS Release

Green, Nicholas (Law) <nigreen@law.nyc.gov>
Wed 6/1/2022 1:58 PM

To:Seamus Barrett <seamus@dereksmithlaw.com>

Cc:Josh Sattem <josh@dereksmithlaw.com>

I think that release will work, thank you!

Best,

Nicholas Green
Assistant Corporation Counsel
100 Church Street, New York, NY 10007
(212) 356-2445
nigreen@law.nyc.gov
"He/His/Him"

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain CONFIDENTIAL or PRIVILEGED material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

**From:** Seamus Barrett <seamus@dereksmithlaw.com>
**Sent:** Wednesday, June 1, 2022 1:57 PM
**To:** Green, Nicholas (Law) <nigreen@law.nyc.gov>
**Cc:** Josh Sattem <josh@dereksmithlaw.com>
**Subject:** [EXTERNAL] Re: Pitre v. City et al., NYCERS Release

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@cyber.nyc.gov as an attachment (Click the More button, then forward as attachment).

Hi Nicholas,

Following up.  Will that old NYCERs release do, or do you need a new one?

Best,


**Seamus P. Barrett, Esq.**


DEREK SMITH LAW GROUP, PLLC


**The Employment Lawyers**™

**Representing Employees Exclusively**

NYC Office: One Penn Plaza, Suite 4905 | New York, New York 10119

Toll Free No. (800) 807-2209

Office: (212) 587-0760 | D: (332) 910-5681 | C: (917) 267-9073

Email: seamus@dereksmithlaw.com

www.discriminationandsexualharassmentlawyers.com

New York | New Jersey | Philadelphia | Miami | Los Angeles





*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties.

**From:** Seamus Barrett <seamus@dereksmithlaw.com>
**Sent:** Tuesday, May 31, 2022 10:19 AM
**To:** Green, Nicholas (Law) <nigreen@law.nyc.gov>
**Cc:** Josh Sattem <josh@dereksmithlaw.com>
**Subject:** Re: Pitre v. City et al., NYCERS Release

Hi Nicholas,

I sent you the attached back in spring of 2020.  Let me know if you need a new one.

I expect that we'll be able to have our portion of the JPTO to you by friday.

Best,

**Seamus P. Barrett, Esq.**

DEREK SMITH LAW GROUP, PLLC

**The Employment Lawyers**™

*Representing Employees Exclusively*

NYC Office: One Penn Plaza, Suite 4905 | New York, New York 10119

Toll Free No. (800) 807-2209

Office: (212) 587-0760 | D: (332) 910-5681 | C: (917) 267-9073

Email: seamus@dereksmithlaw.com

www.discriminationandsexualharassmentlawyers.com

**New York | New Jersey | Philadelphia | Miami | Los Angeles**





*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties.

**From:** Green, Nicholas (Law) <nigreen@law.nyc.gov>
**Sent:** Tuesday, May 31, 2022 9:46 AM
**To:** Seamus Barrett <seamus@dereksmithlaw.com>
**Subject:** Pitre v. City et al., NYCERS Release

Mr. Barret,

   Defendant is requesting that Plaintiff execute and return the attached NYCERS release.  Having this will aid in settlement so to the extent Plaintiff could return this sooner rather than later it would be appreciated. Additionally, I wanted to inquire if Plaintiff will be prepared to provide their portion of the JPTO by Friday?

Best,

Nicholas Green
Assistant Corporation Counsel
100 Church Street, New York, NY 10007
(212) 356-2445
nigreen@law.nyc.gov
"He/His/Him"

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain CONFIDENTIAL or PRIVILEGED material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.