UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

EDWARD PITRE,                                   :

                Plaintiff,           :

          - v -                              :

                                                     ORDER

THE CITY OF NEW YORK, FIRE                      :
DEPARTMENT OF THE CITY OF NEW                           18 Civ. 5950 (DC)
YORK, JAN BORODO, JOHN FIORENTINO,              :
JOSEPH M. MASTROPIETRO,

                                     :

                Defendants.
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CHIN, Circuit Judge:

        The settlement conference, oral argument, and jury trial of this matter currently set for September 25, 2023, October 11, 2023, and November 1, 2023, respectively, will now take place in Courtroom 906 in the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

        SO ORDERED.

Dated:    New York, New York
             September 20, 2023

                                                    _____
                                                    DENNY CHIN
                                                    United States Circuit Judge
                                                    Sitting by Designation