

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Hon. Sylvia O. Hinds-Radix**
*Corporation Counsel*

**LAUREN F. SILVER**
Assistant Corporation Counsel
Labor & Employment Law Division
Phone: (212) 356-2507

October 16, 2023

**By ECF**
Honorable Denny Chin
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

    Re: <u>Pitre v. City of New York, et al.</u>,
       18-CV-5950 (DC)

Your Honor:

  I am an Assistant Corporation Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. I write on behalf of all parties and per the Court's October 11, 2023 order to inform the Court on the parties' stipulated facts and exhibits.

### Stipulated Facts:

1. Plaintiff Edward Pitre was employed by Defendant City of New York at the New York Fire Department ("FDNY") as a Communications Electrician from October 2000 to March 2016.

2. John Fiorentino was employed by FDNY from December 1977 to January 2021.

3. Defendant Joseph Mastropietro was employed by FDNY from January 1997 to June 2020.

4. Defendant Jan Borodo is currently employed by FDNY and began working there in November 2006.

**Stipulated Exhibits**

| Exhibit # | Bates Stamp | Description | P Exhibit | D Exhibit | Comments |
|---|---|---|---|---|---|
| | P000002-000004 | P000002, September 1, 2015 Email from Jan Borodo to Miguel Correa P000004 August 3, 2015 Letter | 1[1] | M | Consent |
| | P000005-000007 | P000005-000007 January 5, 2016 Email | 1 | N | Consent |
| | P000008 | P000008 February 10, 2015 email from Miguel Correa to Edward Pitre | 1 | O | Consent |
| | P000020-P000022 | P000020-P000022 April 15, 2015 Email from Miguel Correa to Jan Borodo | 1 | P | Consent |
| | P000079 | P000079 September 2, 2015 email from Jan Borodo to Miguel Correa | 1 | Q | Consent |
| | P000024 | P00024 March 23, 2015 Email 1 from Edward Pitre to Maryann Murray | 1 | R | Consent |
| | P000025-P000026 | P000025-P000026 March 23, 2015 Email 2 from Edward Pitre to Maryann Murray | 1 | S | Consent |
| | P000027-P000029 | P000027-P000029 March 23, 2015 Email 3 from Edward Pitre to Maryann Murray | 1 | T | Consent |
| | P000030 | P000030 March 30, 2015 Email from Edward Pitre to Maryann Murray | 1 | U | Consent |
| | P000032 | P000032 June 9, 2015 Letter 1 from University Orthopedics | 1 | V | Consent |

---

[1] Plaintiff listed P00001-P000099 as Exhibit 1.  Defendant consents to certain pages coming in but not the entire exhibit.  The specific bate stamp numbers are listed as to which pages are agreed upon for all exhibits with respect to Exhibit 1.

| | | | | | |
|---|---|---|---|---|---|
| | P000033 | P000033 June 9, 2015 Letter 2 From University Orthopedics | 1 | W | Consent |
| | P000034 | P000034 March 27, 2015 Letter from Daniel Caligiuri | 1 | X | Consent |
| | P000054-P000055 | P54-P55 Civil Service Law Section 71 Notice | 1 | Z | Consent |
| | P000066-P000058 | Letter re: Supervisor's conference dated August 12, 2015 | 1 | | Consent |
| | P000079 | P000079 September 2, 2015 email from Jan Borodo to Miguel Correa | 1 | Q | Consent |
| | P000094 | P000094 August 31, 2015 Letter from University Orthopedics | 1 | Y | Consent |
| | P000095 | P95 Request for Transfer | 1 | AA | Consent |
| | DEF00099 | DEF_00099 Plaintiff's NYCERS retirement letter | 7 | | Consent |
| | | DEF_000199-202 commuter vehicle writeup | 10 | J | Consent |
| | | Deposition transcript of Defendant John Fiorentino | 13 | | Consents to only certain portions as specified in Section "h" of the JPTO |
| | DEF388-DEF425 | DEF388-DEF425 FDNY Time and Leave Manual | | A | Consent |
| | DEF251-DEF337 | DEF251-DEF337 Plaintiff's Pay History Report | | B | Consent |
| | DEF426-DEF513 | DEF426-DEF513 Civilian Code of Conduct | | C | Consent |
| | DEF1-DEF3 | DEF1-DEF3 Communication Electrician Duties and Responsibilities | | E | Consent |
| | DEF196 | | | G | Consent |

3

|  | DEF196 | DEF196 March 13, 2015 Letter |  |  |  |
|---|---|---|---|---|---|
|  | DEF197 | DEF197 January 24, 2013 Letter |  | H | Consent |
|  | DEF198 | DEF198 February 27, 2013 Letter |  | I | Consent |
|  | DEF199-200 | DEF199-200 November 5, 2014 Letter |  | J | Consent |
|  | DEF201-DEF202 | DEF201-DEF202 November 14, 2014 Letter |  | K | Consent |
|  | DEF203-208 | DEF203-208 May 27, 2015 Letter |  | L | Consent |
|  | DEF0522 | DEF0522 Organizational Structure |  | BB | Consent |
|  | DEF209 | DEF209 Plaintiff's Disability retirement Letter |  | CC | Consent |

We thank the Court for its attention in this matter.

/s/ Lauren F. Silver
Lauren F. Silver
Assistant Corporation Counsel

cc:  Seamus P. Barrett, Esq. (By ECF
Derek Smith Law Group, PLLC
One Penn Plaza, Suite 4905
New York, NY 10119
Seamus@dereksmithlaw.com

4