

| Hon. Sylvia O. Hinds-Radix<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | STEPHEN M. SUHOVSKY<br>Assistant Corporation Counsel<br>Labor & Employment Law Division<br>Phone: (212) 356-1177 |
|---|---|---|

October 24, 2023

**By ECF**
Honorable Denny Chin
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>Pitre v. City of New York, et al.</u>, 18-CV-5950 (DC)

Your Honor:

      I am an Assistant Corporation Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. Defendants seek an adjournment of the trial currently scheduled for November 27, 2023. Plaintiff consents to this request as November 27, 2023, is not a good date for the parties or the attorneys in this matter.[1] Attorneys for both parties met and conferred and propose the following dates for a trial in this matter: January 22, 2024, February 5, 2024, or February 12, 2024. These dates take into account the work schedules, personal responsibilities, and vacations of the parties and their attorneys. If these dates do not work for the Court, the parties respectfully request that the Court allow them to propose additional dates.

      I thank the Court for its attention in this matter.

                                       /s/ Steven Suhovsky
                                       Steven M. Suhovsky
                                       Assistant Corporation Counsel

cc: Seamus P. Barrett, Esq. (By ECF
Derek Smith Law Group, PLLC
One Penn Plaza, Suite 4905
New York, NY 10119
Seamus@dereksmithlaw.com

---

[1] Additionally, my co-counsel in this matter, Ms. Lauren Silver, is scheduled to begin a two to three week trial on December 4, 2023, in Kings County Supreme Court in the matter of *Linell v. DOE*, Index No. 508905/2015.