UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

EDWARD PITRE,                                         :

        Plaintiff,                               :

        - v -                                         :                ORDER

THE CITY OF NEW YORK, FIRE                :                18 Civ. 5950 (DC)
DEPARTMENT OF THE CITY OF NEW
YORK, JAN BORODO, JOHN FIORENTINO, :
JOSEPH M. MASTROPIETRO,
                                                           :

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CHIN, Circuit Judge:

        Counsel for the parties appeared for a status conference on October 31, 2023. Following the discussion at the status conference, and on consent of all parties, it is hereby ORDERED:

    I.    The parties' motion to adjourn trial is GRANTED.

    II.   Trial is adjourned until Tuesday, **January 16, 2024**, at 9:30 a.m., in Courtroom 906, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

        SO ORDERED.

Dated:    New York, New York
             October 31, 2023

                                                     DENNY CHIN
                                                     United States Circuit Judge
                                                      Sitting by Designation