UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EDWARD PITRE,                                    :

            Plaintiff,                           :

            - v -                                :                    ORDER

THE CITY OF NEW YORK, FIRE                       :                    18 Civ. 5950 (DC)
DEPARTMENT OF THE CITY OF NEW
YORK, JAN BORODO, JOHN FIORENTINO,               :
JOSEPH M. MASTROPIETRO,

                                                 :

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

        Trial is adjourned until Wednesday, **January 17, 2024**, at 9:30 a.m., in
Courtroom 906, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY
10007.

        SO ORDERED.

Dated:      New York, New York
            December 15, 2023

                                                 DENNY CHIN
                                                 United States Circuit Judge
                                                 Sitting by Designation