UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

EDWARD PITRE,

                                  Plaintiff,

– against –

THE CITY OF NEW YORK, FIRE DEPARTMENT OF
THE CITY OF NEW YORK, JAN BORODO,
individually, JOHN FIORENTINO individually, and
JOSEPH MASTROPIETRO, individually,

                                  Defendants.

---------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

No. 18-CV-5950 (DC)

        **PLEASE TAKE NOTICE**, that I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, recently reassigned to represent the Defendants THE CITY OF NEW YORK, FIRE DEPARTMENT OF THE CITY OF NEW YORK, JAN BORODO, and JOHN FIORENTINO (collectively "Defendants") in the above-captioned action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be addressed to me at the address below.

Dated:      New York, New York
               December 21, 2023

                                                     **HON. SYLVIA O. HINDS-RADIX**
                                                     Corporation Counsel of the City of New York
                                                     Attorney for Defendants
                                                     100 Church Street, Room 2-109h
                                                     New York, New York 10007
                                                     (212) 356-3177
                                                     dealexan@law.nyc.gov

                                        By:    /s/ Desiree D. Alexander
                                                   Desiree D. Alexander
                                                   Assistant Corporation Counsel

To:     via ECF
          Plaintiff's Counsel