UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
EDWARD PITRE,　　　　　　　　　　　　　　　　　　Index No: 1:18-cv-05950-DC

　　　　　　　　　　Plaintiff,

　　　-against-　　　　　　　　　　　　　　　　　　　　**NOTICE OF APPEARANCE**

THE CITY OF NEW YORK,
FIRE DEPARTMENT OF THE CITY
OF NEW YORK, JAN BORODO, individually,
JOHN FIORENTINO individually, and
JOSEPH M. MASTROPIETRO, individually,

　　　　　　　　　　Defendants.
---------------------------------------------------------------------X

　　　Ian M. Bryson of the law firm Derek Smith Law Group PLLC hereby appears for Plaintiff in the above-captioned matter.

Dated:　January 11, 2024
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　DEREK SMITH LAW GROUP, PLLC

　　　　　　　　　　　　　　　　　　　　　　　*/ s / Ian M. Bryson*
　　　　　　　　　　　　　　　　　　　　　　Ian M. Bryson, Esq.
　　　　　　　　　　　　　　　　　　　　　　1 Pennsylvania Plaza, 49th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10119
　　　　　　　　　　　　　　　　　　　　　　ian@dereksmithlaw.com
　　　　　　　　　　　　　　　　　　　　　　267-857-0849

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*