UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X

EDWARD PITRE,                                    Index No: 1:18-cv-05950-DC

                    Plaintiff,

    -against-                                **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK,
FIRE DEPARTMENT OF THE CITY
OF NEW YORK, JAN BORODO, individually,
JOHN FIORENTINO individually, and
JOSEPH M. MASTROPIETRO, individually,

                  Defendants.
---------------------------------------------------------------------X

       Zachary Holzberg of the law firm Derek Smith Law Group PLLC hereby appears for Plaintiff in the above-captioned matter.

Dated:  January 16, 2024
         New York, New York

                                         DEREK SMITH LAW GROUP, PLLC

                                         _/ s / Zachary Holzberg_
                                         Zachary Holzberg, Esq.
                                         1 Pennsylvania Plaza, 49th Floor
                                         New York, New York 10119
                                         zachary@dereksmithlaw.com
                                         332-910-5687
                                         *Attorneys for Plaintiff*