

January 16, 2024

**<u>Via Email</u>**
Hon. Denny Chin
U.S. Federal Courthouse
40 Foley Square
New York, NY 10007
CA02_DCChambers@ca2.uscourts.gov

  Re: <u>Pitre v. City of New York, et al., No. 18-cv-5950</u>

Dear Judge Chin:

I am sitting second chair at the trial in this matter. I am writing to let Your Honor know that tomorrow morning I have a deposition scheduled at 10:00 a.m. via video-teleconference (Zoom) in another matter that is expected to conclude at before 12:00 p.m., and I will come straight to court from the deposition.

On Thursday January 18, 2024, at 2:00 p.m. I have a previously scheduled meeting to prepare an expert witness for a jury trial that begins on January 22, 2024. Therefore, I will be leaving the courtroom at around 1:30 p.m. on that date.

Thank you for your time and consideration.

            Respectfully submitted,

            <u>/s/ Ian M. Bryson, Esquire</u>
            IAN M. BRYSON, ESQUIRE
            *Attorneys for Plaintiff*

Cc: all counsel via email

> This letter is disappointing.  If Counsel is part of the trial team, he cannot simply announce to the Court that he will not be present or that he "will be leaving the courtroom" early.  If there is good cause for his absence, the proper procedure is to ask the Court to be excused (as defendants did last week when counsel asked if the third seat could be excused).  Attending a deposition is hardly good cause (as compared to being on trial and jury selection, when I will be introducing the lawyers to the jury).   In any event, Mr. Bryson is excused for the morning of January 17.  As I noted last week, we are not sitting Thursday afternoon in any event.  SO ORDERED.  s/DC  1/16/2024

New York City Office Address: 1 Pennsylvania Plaza, Suite 4905, New York, NY 10119| Tel: (800) 807-2209
www.discriminationandsexualharassmentlawyers.com