# Exhibit A

3% raise + last full year of salary of 134,929
(per union contracts)

year
1 - 2015
134,929 + 3%
= 138,976.87
− 71,031 (partial year salary)
= 67,945.87

2 - 2016
136,976.87 + 3%
= 143,146.18

Pension starts
3 - 2017
143,146.18 + 3%
= 147,440.56
− 60,000 (approx pension)

4 - 2018
147,440.56 + 3%
= 151,863.78
− 60k approx pension

5 - 2019
151,863.78 + 3%
= 156,419.69
− 60k pension

6 - 2020
156,419.69 + 3%
= 161,112.28
− 61,915.98 pension

7 - 2021
161,112.28 + 3%
= 165,945.65
− 60k pension

8 - 2022
165,945.65 + 3%
= 170,924.02
− 48,296 pension

9 - 2023
170,924.02 + 3%
= 176,051.74

10 - 2024
176,051.74 + 3%
= 161,333.29

= 1,522,183.00
− 469,912.10 (pension income)
= $1,052,270.90   >10 yrs. lost wages minus pension payment
x2 "willful" FMLA liquidated damages
= $2,104,541.92   total lost wages damages

Pension damages (subject to reconsideration)
current pension (for life): ~ $60k per year

Joe Adams - comparator, hired same day & same title/position → ~$40k difference per year
pension = ~$100k/year
x 45 years to end of life @ age 88 years old.
$40k x 45 years = $1,800,000.00