

**THE CITY OF NEW YORK**

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**LAUREN F. SILVER**
Assistant Corporation Counsel
Phone: (212) 356-2507
E-mail: lasilver@law.nyc.gov
*E-mail and Fax Not For Service*

February 12, 2024

**By ECF**
Honorable Denny Chin
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

      Re:    <u>Pitre v. City of New York, et al.</u>, 18-CV-5950 (DC)

Your Honor:

      We are Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. We write, with Plaintiff's consent, to request an extension of the briefing schedule set by Your Honor's Memorandum and Order dated January 29, 2024 on Docket #138. Specifically, we request the following deadline extensions:

    i. Plaintiff and Defendants motions extended from February 16, 2024 to March 1, 2024;
    ii. All opposition papers extended from March 1, 2024 to March 15, 2024; and
    iii. All Reply papers extended from March 8 to March 22, 2022.

      The reason for the instant request is that the undersigned attorneys have many other professional obligations in the month of February.[1] Many of which were previously adjourned to accommodate participation in the *Pitre* trial.[2] Additionally, Maria DeCastro, who also served as

---

[1] Ms. Silver is currently preparing for a multiple week trial that begins mid-march in the Southern District of New York in the matter of *Adams-Florres v. City, et al.*, 18-cv-12150 (JMF), has discovery responses due in multiple matters, and has a mediation and multiple court conferences for other matters.

[2] Ms. Alexander is preparing witnesses for a trial scheduled to commence on March 4, 2024, in the matter of *Colon v. City, et al.,* 16-cv-04540 (VSB) (OTW), has expert depositions scheduled for February 20, 21, and 22 as well as expert discovery due in the matter *Ahmad v. NYU Langone et al.*, 22 cv 1248 (GWG)

a member of the trial team, will shortly be departing the law department and has other obligations to attend to prior to her departure.[3]

    We thank the Court for its attention in this matter.

Respectfully Submitted,

_s/ Lauren F. Silver_

Lauren F. Silver
Assistant Corporation Counsel

_s/ Desiree Alexander_

Desiree Alexander
Assistant Corporation Counsel

cc:    Counsel of Record (By ECF)

---

(JLR) by March 1, 2024, has a motion to dismiss due on March 1, 2024 in the matter of *Simon v. DOE, et. al* 23-CV-7796 (EK) (CLP), has a motion to dismiss on *Glowatz v. City et al.* 159914/2023 due February 23, 2024 has opposition and reply papers due February 15, 2024 in the matter of *Caiaccia v. DOE, et al,* 158238/2023, and an Answer to the Complaint due February 23, 2024 on *Saint-Jean v. City et al.* 158748/2023.

[3] Ms. DeCastro has a motion for summary judgment reply due February 26, 2024, has multiple court conferences, and has an opposition to motions *in limine* due February 23, 2024.