

| | THE CITY OF NEW YORK | |
|---|---|---|
| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | LAUREN F. SILVER<br>Assistant Corporation Counsel<br>Phone: (212) 356-2507<br>E-mail: lasilver@law.nyc.gov<br>*E-mail and Fax Not For Service* |

February 12, 2024

**By ECF**
Honorable Denny Chin
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   Pitre v. City of New York, et al., 18-CV-5950 (DC)

Your Honor:

We are Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. We write, with Plaintiff's consent, to request an extension of the briefing schedule set by Your Honor's Memorandum and Order dated January 29, 2024 on Docket #138. Specifically, we request the following deadline extensions:

  i.   Plaintiff and Defendants motions extended from February 16, 2024 to March 1, 2024;
 ii.   All opposition papers extended from March 1, 2024 to March 15, 2024; and
iii.   All Reply papers extended from March 8 to March 22, 2022.

The reason for the instant request is that the undersigned attorneys have many other professional obligations in the month of February.[1] Many of which were previously adjourned to accommodate participation in the *Pitre* trial.[2] Additionally, Maria DeCastro, who also served as

---

[1] Ms. Silver is currently preparing for a multiple week trial that begins mid-march in the Southern District of New York in the matter of *Adams-Florres v. City, et al.*, 18-cv-12150 (JMF), has discovery responses due in multiple matters, and has a mediation and multiple court conferences for other matters.

[2] Ms. Alexander is preparing witnesses for a trial scheduled to commence on March 4, 2024, in the matter of *Colon v. City, et al.*, 16-cv-04540 (VSB) (OTW), has expert depositions scheduled for February 20, 21, and 22 as well as expert discovery due in the matter *Ahmad v. NYU Langone et al.*, 22 cv 1248 (GWG)

APPROVED
SO ORDERED,
[signature] USCJ  2-14-2024

a member of the trial team, will shortly be departing the law department and has other obligations to attend to prior to her departure.[3]

We thank the Court for its attention in this matter.

Respectfully Submitted,

*s/ Lauren F. Silver*

Lauren F. Silver
Assistant Corporation Counsel

*s/ Desiree Alexander*

Desiree Alexander
Assistant Corporation Counsel

cc:   Counsel of Record (By ECF)

---

(JLR) by March 1, 2024, has a motion to dismiss due on March 1, 2024 in the matter of *Simon v. DOE, et. al* 23-CV-7796 (EK) (CLP), has a motion to dismiss on *Glowatz v. City et al.* 159914/2023 due February 23, 2024 has opposition and reply papers due February 15, 2024 in the matter of *Caiaccia v. DOE, et al.*, 158238/2023, and an Answer to the Complaint due February 23, 2024 on *Saint-Jean v. City et al.* 158748/2023.

[3] Ms. DeCastro has a motion for summary judgment reply due February 26, 2024, has multiple court conferences, and has an opposition to motions *in limine* due February 23, 2024.

2