UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

EDWARD PITRE,

                                        Plaintiff,

      -against-

THE CITY OF NEW YORK,
FIRE DEPARTMENT OF THE CITY
OF NEW YORK, JAN BORODO, individually,
JOHN FIORENTINO individually, and
JOSEPH M. MASTROPIETRO, individually

                                        Defendants.
------------------------------------------------------------------------ x

**NOTICE OF MOTION FOR SANCTIONS, ATTORNEYS' FEES AND COSTS**

18 CV 5950 (DC)

      **PLEASE TAKE NOTICE** that, upon the Declaration of Desiree Alexander dated March 1, 2024, the accompanying Memorandum of Law, and annexed exhibits, and all the papers and proceedings herein, Defendants City of New York, Jan Barodo, and Joseph Mastropietro (collectively, "Defendants")[1] will move this Court, before the Honorable Denny Chin, United States Second Circuit Judge, visiting the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, 10007, on a date and time to be designated by the Court, for an order and judgment, pursuant to 28 USCS § 1927 and under the Court's inherent powers seeking sanctions, attorneys' fees and costs against Plaintiff himself, trial counsel and firm.

      **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Scheduling Order dated February 14, 2024, Plaintiff's papers in opposition to the motion are to be filed on or

---

[1] The claims against Defendant Fire Department of the City of New York was dismissed, on consent, with prejudice from this action at the October 11, 2023 pre-trial hearing.

before march 15, 2024, and Defendants' reply papers, if any, are to be filed on or before March 22, 2024.

Dated:   New York, New York
         March 1, 2024

                                   **HON. SYLVIA O. HINDS-RADIX**
                                   Corporation Counsel of the
                                     City of New York
                                   Attorney for Defendants
                                   100 Church Street, 2nd Floor
                                   New York, New York 10007
                                   (212) 356-2203
                                   dealexan@law.nyc.gov

                           By:     _____/s/_____
                                   Desiree Alexander
                                   Assistant Corporation Counsel

TO:   Seamus Barrett; Zachary Holzberg; and Derek Smith **(VIA ECF)**
      *Attorney for Plaintiff*
      Derek Smith Law Group, PLLC
      1 Pennsylvania Plaza, Suite 4905
      New York, NY 10119

18 CV 5950 (DC)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| EDWARD PITRE,<br><br>                                  Plaintiff,<br>              -against-<br><br>THE CITY OF NEW YORK,<br>FIRE DEPARTMENT OF THE CITY<br>OF NEW YORK, JAN BORODO, individually,<br>JOHN FIORENTINO individually, and<br>JOSEPH M. MASTROPIETRO, individually<br><br>                                  Defendants. |
| **NOTICE OF DEFENDANTS' MOTION TO FOR SANCTIONS, ATTORNEYS' FEES AND COSTS** |
| *HON. SYLVIA O. HINDS-RADIX*<br>*Corporation Counsel of the City of New York*<br>    *Attorney for Defendants*<br>    *100 Church Street, 2nd Floor*<br>    *New York, New York 10007*<br><br>    *Of Counsel:  Desiree Alexander*<br>    *Tel: (212) 356-3177*<br>    *Matter #:  2018-064552* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  ....................................................., 2023*<br><br>*..............................................................., Esq.*<br><br>*Attorney for..........................................................* |