UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

EDWARD PITRE,

                              Plaintiff,

         -against-

THE CITY OF NEW YORK,
FIRE DEPARTMENT OF THE CITY
OF NEW YORK, JAN BORODO, individually,
JOHN FIORENTINO individually, and
JOSEPH M. MASTROPIETRO, individually,

                              Defendants.

**DECLARATION OF DESIREE ALEXANDER IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS AND ATTORNEYS' FEES AND COSTS**

18 CV 5950 (DC)

------------------------------------------------------------------------ x

      **Desiree Alexander** declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1.    I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants the City of New York, Jan Barodo, and Joseph Mastropietro (collectively, "Defendants")[1] in the above-captioned action. This declaration is submitted in support of Defendants' motion for sanctions and Attorneys' Fees and Costs.

      2.    Annexed to this declaration as Exhibit "A" is a true and correct copy of the J&F Meat Market Complaint.

      3.    Annexed to this declaration as Exhibit "B" is a true and correct copy of the J&F Meat Market Verified Bill of Particulars.

---

[1] The claims against Defendant Fire Department of the City of New York was dismissed, on consent, with prejudice from this action at the October 11, 2023 pre-trial hearing.

- 2 -

      4.      Annexed to this declaration as Exhibit "C" is a true and correct copy of the J&F Meat Market Stipulation of Discontinuance.

      5.      Annexed to this declaration as Exhibit "D" is a true and correct copy of the Trial Transcript dated January 22, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
            March 1, 2024

                                                            /s/ *Desiree Alexander*
                                                                Desiree Alexander