SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

EDWARD PITRE,

Plaintiff,

Index No. 157588/2015

-against-

STIPULATION OF DISCONTINUANCE

MORNINGSIDE HEIGHTS SN, LLC, and
J & F MEAT MARKET CORP.

Defendants,

MORNINGSIDE HEIGHTS SN, LLC, and
J & F MEAT MARKET CORP.

Third Party Plaintiff,

-against-

CITY OF NEW YORK, FIRE DEPARTMENT
OF NEW YORK CITY and FELIX GARCIA,

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued as to all causes of action, with prejudice and without costs to either party as against the other.

Dated: June 11, 2018

Hoffmaier + Hoffmaier PC

HOFFMAIER & HOFFMAIER, P.C.
Attorney for Plaintiffs
13 Avenue B, 1st Floor
New York, New York 10009
(212) 777-9400

BRAFF, HARRIS, SUKONECK & MALOOF
Attorney for Defendants
570 W. Mt. Pleasant Ave., Suite 200
Livingston, NJ 07039
Attn: Michael Goldenberg, Esq.

ZACHARY W. CARTER
Corporation Counsel
Attorneys for Third-Party Defendants
100 Church Street
New York, New York 10007