

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT

WORKERS' COMPENSATION DIVISION
350 JAY STREET – 9TH FLOOR
BROOKLYN, N.Y. 11201-2908

(718) 724-5417
FAX   (718) 724-5497

June 12, 2018

Neva Hoffmaier, Esq.
Hoffmaier & Hoffmaier, P. C.
13 Avenue B – 1st Floor
New York, NY 10009

RE:     EDWARD PITRE
CNY#:  W057-15-95369
D/A:    02/27/15

Dear Ms. Hoffmaier:

Please be advised that The City of New York consents to the settlement of the above-captioned claimant's third-party action provided the following conditions are met:

1. That the amount of the full settlement is $65,000.00.

2. That the City receives the sum of $20,619.67, in full satisfaction of its lien in the sum of $146,487.34.

3. That the City waives its right to an offset pursuant to Section 29(4) of the Workers' Compensation Law.

4. That the payment is to be made to **The New York City Law Department, Workers' Compensation Division** and should be sent to *NYC Law Department, Workers' Compensation Division, 350 Jay Street –9th Floor, Brooklyn, NY 11201.*

Neva Hoffmaier, Esq.
June 12, 2018
Page 2

    5.    That the City receives a copy of the closing statement within ten days of its execution.

Please indicate your consent on the enclosed copy.

                                                          Yours truly,

                                                    John Sweeney
                                                  Chief, Workers' Compensation Division

I consent to the foregoing conditions. _____
                                                           Neva Hoffmaier, Esq.



ZACHARY W. CARTER
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
WORKERS' COMPENSATION DIVISION
350 JAY STREET – 9TH FLOOR
BROOKLYN, N.Y. 11201-2908

(718) 724-5417
FAX  (718) 724-5497
*jmelakay@law.nyc.gov*

June 7, 2018

Neva Hoffmaier, Esq.
Hoffmaier & Hoffmaier, P. C.
13 Avenue B
New York, NY 10009

                    Re:    EDWARD PITRE
                    CNY#: W057-15-95369
                    D/A:  02/27/15

Dear Ms. Hoffmaier:

      Please be advised that the City's lien to date, in the above-captioned case, consists of the following:

Compensation

| | |
|---|---|
| 02/28/15 – 03/03/15 (0.4 wk) @ $808.65 = | 323.46 |
| 03/19/15 – 04/12/15 (3.4 wks) @ $808.65 = | 2,749.41 |
| 09/11/15 – 06/06/17 (90.6 wks) @ $808.65 = | 73,263.69 |
| 06/07/17 – 10/05/17 (17.4 wks) @ $725.00 = | 12,615.00 |
| 10/06/17 – 06/10/18 (35.2 wks) @ $808.65 = | <u>28,464.48</u>  $117,416.04 |

      Payments continue at $808.65 per week.

Medical

| | |
|---|---|
| Dr. D. Caliguri | 2,932.50 |
| Dr. C. Demarco | 598.67 |
| Dr. S. Kangadis | 477.85 |

Neva Hoffmaier, Esq.
June 7, 2018
Page 2

| | | |
|---|---:|---:|
| Dr. H. Lauro | 243.09 | |
| Dr. S. Touliopoulos | 10,361.21 | |
| K. Lindblom | 2,688.44 | |
| J. Thweatt | 297.99 | |
| Atlantic Imaging Group IPA, LLC. | 1,860.00 | |
| Comp Today | 964.49 | |
| Orthotech Express Corporation | 372.50 | |
| Mount Sinai Hospital | 5,712.10 | |
| New York Presbyterian Hospital | <u>2,978.50</u> | <u>$29,487.34</u> |

**Total**                                                                $146,903.38

    Kindly consult this office at the time of the final disposition of the claimant's third-party action to obtain our consent to the settlement and ascertain the amount of the City's lien at that time in order to arrange for its repayment.

Yours truly,

*Joseph Melakayil*

Joseph Melakayil
Associate Benefits Examiner