2017-012617 JB/KD

# SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK

Edward Pitre

*Plaintiff(s)*

- against -

Morningside Heights SN, LLC and J+F Meat Market Corp.

*Defendant(s)*

INDEX NO. 157588/15

IAS PART S2  #36

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between or among the attorneys named below as follows:

The matter is settled subject to workers compensation approval. Upon receipt of signed releases and written workers compensation approval, all claims and all third party claims will be discontinued.

Next CC: 8/1/18 at 2pm
NOI: 9/5/18

Attorney for Plaintiff(s)

Attorney for Defendant J+F meat market & Morningside Heights

Attorney for Defendant

Attorney for Defendant

Dated: 5/23/18

SO ORDERED:

ENTER: _____

J.S.C.

HON. ALEXANDER M. TISCH

2/14/17

1 of 1