

S12790297

### State of New York - Workers' Compensation Board
# Subsequent Report of Injury
## Report Type (MTC) SA-Sub-Annual

*This paper contains information that has been provided electronically to the Board.  Do not serve a copy of this on the Board.*

**Employee Name**   EDWARD  PITRE

**WCB Case Number (JCN)**   G1292951

**Claim Administrator Claim Number**   W0571595369

**Date of Injury**   02/27/2015

**Maintenance Type Code Date**   01/11/2024

**WCB Received Date**   01/11/2024

## INSURER INFORMATION

**FEIN**  xxxxx6505

**Insurer ID**   W846505

## CLAIM ADMINISTRATOR INFORMATION

**Name**   POLICE, FIRE, SAN, CORR, CITY OF NY

**FEIN**   xxxxx6505

**Claim Representative Name**  PAULA FELICIEN

**Postal Code**   11201

**Claim Representative Business Phone Number**   7187245546

**E-mail Address**  PFELICIE@LAW.NYC.GOV

**Claim Admin ID**  W846505

## EMPLOYEE  INFORMATION

**First Name**   EDWARD

**Middle Name/Initial**

**Last Name**   PITRE

**Suffix**

**Date of Birth**   02/28/1971

**Employee ID Type**   S - Employee Social Security Number

**Employee ID**   xxxxx3271

## BENEFITS

**Overpayment Amount - Current**

## *Benefits*

| Benefit Types |
| --- |
| 030 - Permanent Partial/Scheduled |
| 050 - Temporary Total |
| 070 - Temporary Partial |

| Benefit Type Code | Start Date | Through Date | Claim Weeks | Claim Days | Weekly Gross Effective Date | Weekly Gross Amount | Weekly Net Effective Date | Weekly Net Amount | Benefit Payment Issue Date | Amount Paid |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | |

## *Benefits - Cumulative*

| Benefit Type | Start Date | Through Date | Claim Weeks | Claim Days | Amount Paid |
|---|---|---|---|---|---|
| 030 - Permanent Partial/Scheduled | 02/28/2015 | 04/23/2018 | 164 | 1 | $699.47 |
| 050 - Temporary Total | 02/28/2015 | 03/11/2019 | 139 | 0 | $97,750.13 |
| 070 - Temporary Partial | 12/08/2015 | 05/26/2019 | 92 | 2 | $63,960.26 |

## Benefits -  A - Adjustments / C - Credits / R - Redistributions

| Benefit Type | Type | Adjustment/Credit/Redistribution | Start Date | End Date | Weekly Amount |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Other Benefits

| Other Benefit Type | Amount | Other Benefit Type | Amount |
|---|---|---|---|
| 340 - Total Claimant's Legal Expenses | $11,475.00 | 350 - Total Payments to Physicians | $803.00 |
| 370 - Total Other Medical | $26,597.34 | 450 - Total Pharmaceutical Costs | $965.65 |
| 460 - Total Physical Therapy Costs | $2,986.43 |  |  |

## Recoveries

| Recovery Type | Amount |
|---|---|
|  |  |

## CONCURRENT EMPLOYER INFORMATION

**Name** _____   **Contact Business Phone** _____   **Wage** _____



S12165875

### State of New York - Workers' Compensation Board
# Subsequent Report of Injury
## Report Type (MTC) SA-Sub-Annual

*This paper contains information that has been provided electronically to the Board.  Do not serve a copy of this on the Board.*

| | |
|---|---|
| **Employee Name**  EDWARD  PITRE | |

| | |
|---|---|
| **WCB Case Number (JCN)**  G1292951 | **Date of Injury**  02/27/2015 |
| **Claim Administrator Claim Number**  W0571595369 | **Maintenance Type Code Date**  07/15/2023 |
| | **WCB Received Date**  07/15/2023 |

## INSURER INFORMATION

| | |
|---|---|
| **FEIN**  xxxxx6505 | **Insurer ID**  W846505 |

## CLAIM ADMINISTRATOR INFORMATION

| | |
|---|---|
| **Name**  POLICE, FIRE, SAN, CORR, CITY OF NY | **FEIN**  xxxxx6505 |
| **Claim Representative Name**  PAULA FELICIEN | **Postal Code**  11201 |
| **Claim Representative Business Phone Number**  7187245546 | |
| **E-mail Address**  PFELICIE@LAW.NYC.GOV | **Claim Admin ID**  W846505 |

## EMPLOYEE  INFORMATION

| | |
|---|---|
| **First Name**  EDWARD | **Middle Name/Initial** |
| **Last Name**  PITRE | **Suffix** |
| **Date of Birth**  02/28/1971 | |
| **Employee ID Type**  S - Employee Social Security Number | **Employee ID**  xxxxx3271 |

## BENEFITS

**Overpayment Amount - Current**  _____

## Benefits

| Benefit Types |
|---|
| 030 - Permanent Partial/Scheduled |
| 050 - Temporary Total |
| 070 - Temporary Partial |

| Benefit Type Code | Start Date | Through Date | Claim Weeks | Claim Days | Weekly Gross Effective Date | Weekly Gross Amount | Weekly Net Effective Date | Weekly Net Amount | Benefit Payment Issue Date | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

## Benefits - Cumulative

| Benefit Type | Start Date | Through Date | Claim Weeks | Claim Days | Amount Paid |
|---|---|---|---|---|---|
| 030 - Permanent Partial/Scheduled | 02/28/2015 | 04/23/2018 | 164 | 1 | $699.47 |
| 050 - Temporary Total | 02/28/2015 | 03/11/2019 | 139 | 0 | $97,750.13 |
| 070 - Temporary Partial | 12/08/2015 | 05/26/2019 | 92 | 2 | $63,960.26 |

## Benefits -  A - Adjustments / C - Credits / R - Redistributions

| Benefit Type | Type | Adjustment/Credit/Redistribution | Start Date | End Date | Weekly Amount |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Other Benefits

| Other Benefit Type | Amount | Other Benefit Type | Amount |
|---|---|---|---|
| 340 - Total Claimant's Legal Expenses | $11,475.00 | 350 - Total Payments to Physicians | $803.00 |
| 370 - Total Other Medical | $26,597.34 | 450 - Total Pharmaceutical Costs | $965.65 |
| 460 - Total Physical Therapy Costs | $2,986.43 |  |  |

## Recoveries

| Recovery Type | Amount |
|---|---|
|  |  |

## CONCURRENT EMPLOYER INFORMATION

**Name** _____   **Contact Business Phone** _____   **Wage** _____



S9603617

**State of New York - Workers' Compensation Board**
# Subsequent Report of Injury
## Report Type (MTC) SA-Sub-Annual

*This paper contains information that has been provided electronically to the Board. Do not serve a copy of this on the Board.*

**Employee Name**  EDWARD  PITRE

**WCB Case Number (JCN)**  G1292951

**Claim Administrator Claim Number**  W0571595369

**Date of Injury**  02/27/2015

**Maintenance Type Code Date**  08/20/2021

**WCB Received Date**  08/20/2021

**Agreement to Compensate**  L - With Liability

## INSURER INFORMATION

**FEIN**  xxxxx6505

**Insurer ID**  W846505

## CLAIM ADMINISTRATOR INFORMATION

**Name**  POLICE, FIRE, SAN, CORR, CITY OF NY

**FEIN**  xxxxx6505

**Claim Representative Name**  PAULA FELICIEN

**Postal Code**  11201

**Business Phone Number**  7187245546

**Fax Number**

**E-mail Address**  PFELICIE@LAW.NYC.GOV

**Claim Admin ID**  W846505

## EMPLOYEE  INFORMATION

**First Name**  EDWARD

**Middle Name/Initial**

**Last Name**  PITRE

**Suffix**

**Date of Birth**  02/28/1971

**Employee ID Type**  S - Employee Social Security Number

**Employee ID**  xxxxx3271

## BENEFITS

## Benefits

| Benefit Types |
| --- |
| 030 - Permanent Partial/Scheduled |
| 050 - Temporary Total |
| 070 - Temporary Partial |

| Benefit Type Code | Start Date | Through Date | Claim Weeks | Claim Days | Weekly Gross Effective Date | Weekly Gross Amount | Weekly Net Effective Date | Weekly Net Amount | Benefit Payment Issue Date | Amount Paid |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | |

## Benefits - Cumulative

S9603617

| Benefit Type | Start Date | Through Date | Claim Weeks | Claim Days | Amount Paid |
|---|---|---|---|---|---|
| 030 - Permanent Partial/Scheduled | 02/28/2015 | 04/23/2018 | 164 | 1 | $699.47 |
| 050 - Temporary Total | 02/28/2015 | 03/11/2019 | 139 | 0 | $97,750.13 |
| 070 - Temporary Partial | 12/08/2015 | 05/26/2019 | 92 | 2 | $63,960.26 |

## Benefits -  A - Adjustments / C - Credits / R - Redistributions

| Benefit Type | Type | Adjustment/Credit/Redistribution | Start Date | End Date | Weekly Amount |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Other Benefits

| Other Benefit Type | Amount | Other Benefit Type | Amount |
|---|---|---|---|
| 340 - Total Claimant's Legal Expenses | $11,475.00 | 350 - Total Payments to Physicians | $338.00 |
| 370 - Total Other Medical | $26,597.34 | 450 - Total Pharmaceutical Costs | $965.65 |
| 460 - Total Physical Therapy Costs | $2,986.43 |  |  |

## Recoveries

| Recovery Type | Amount |
|---|---|
|  |  |

## CONCURRENT EMPLOYER INFORMATION

**Name** _____   **Contact Business Phone** _____   **Wage** _____



S8196118

### State of New York - Workers' Compensation Board
# Subsequent Report of Injury
## Report Type (MTC) SA-Sub-Annual

*This paper contains information that has been provided electronically to the Board. Do not serve a copy of this on the Board.*

**Employee Name**   EDWARD  PITRE

**WCB Case Number (JCN)**   G1292951

**Claim Administrator Claim Number**   W0571595369

**Date of Injury**   02/27/2015

**Maintenance Type Code Date**   08/20/2020

**WCB Received Date**   08/20/2020

**Agreement to Compensate**   L - With Liability

## INSURER INFORMATION

**FEIN**   xxxxx6505

**Insurer ID**   W846505

## CLAIM ADMINISTRATOR INFORMATION

**Name**   POLICE, FIRE, SAN, CORR, CITY OF NY

**FEIN**   xxxxx6505

**Claim Representative Name**   PAULA FELICIEN

**Postal Code**   11201

**Business Phone Number**   7187245546

**Fax Number**

**E-mail Address**   PFELICIE@LAW.NYC.GOV

**Claim Admin ID**   W846505

## EMPLOYEE  INFORMATION

**First Name**   EDWARD

**Middle Name/Initial**

**Last Name**   PITRE

**Suffix**

**Date of Birth**   02/28/1971

**Employee ID Type**   S - Employee Social Security Number

**Employee ID**   xxxxx3271

## BENEFITS

## Benefits

| Benefit Types |
| --- |
| 030 - Permanent Partial/Scheduled |
| 050 - Temporary Total |
| 070 - Temporary Partial |

| Benefit Type Code | Start Date | Through Date | Claim Weeks | Claim Days | Weekly Gross Effective Date | Amount | Weekly Net Effective Date | Amount | Benefit Payment Issue Date | Amount Paid |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | |

## Benefits - Cumulative

| Benefit Type | Start Date | Through Date | Claim Weeks | Claim Days | Amount Paid |
|---|---|---|---|---|---|
| 030 - Permanent Partial/Scheduled | 02/28/2015 | 04/23/2018 | 164 | 1 | $699.47 |
| 050 - Temporary Total | 02/28/2015 | 03/11/2019 | 139 | 0 | $97,750.13 |
| 070 - Temporary Partial | 12/08/2015 | 05/26/2019 | 92 | 2 | $63,960.26 |

## Benefits -  A - Adjustments / C - Credits / R - Redistributions

| Benefit Type | Type | Adjustment/Credit/Redistribution | Start Date | End Date | Weekly Amount |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Other Benefits

| Other Benefit Type | Amount | Other Benefit Type | Amount |
|---|---|---|---|
| 340 - Total Claimant's Legal Expenses | $11,475.00 | 350 - Total Payments to Physicians | $338.00 |
| 370 - Total Other Medical | $26,597.34 | 450 - Total Pharmaceutical Costs | $965.65 |
| 460 - Total Physical Therapy Costs | $2,986.43 |  |  |

## Recoveries

| Recovery Type | Amount |
|---|---|
|  |  |

## CONCURRENT EMPLOYER INFORMATION

**Name** _____     **Contact Business Phone** _____     **Wage** _____



**State of New York - Workers' Compensation Board**
# Subsequent Report of Injury
## Report Type (MTC) PY-Payment Report

S6568718

*This paper contains information that has been provided electronically to the Board. Do not serve a copy of this on the Board.*
The Claim Administrator has made payment(s) as reflected in Benefits and/or Payments Section of this document.

**Employee Name**   EDWARD  PITRE

**WCB Case Number (JCN)**   G1292951

**Claim Administrator Claim Number**   W0571595369

**Claim Type**   L - Became Indemnity for Lost Time

**Agreement to Compensate**   L - With Liability

**Date of Injury**   02/27/2015

**Maintenance Type Code Date**   05/24/2019

**WCB Received Date**   05/24/2019

## INSURER INFORMATION

**FEIN**   xxxxx6505

**Insurer ID**   W846505

## CLAIM ADMINISTRATOR INFORMATION

**Name**   POLICE, FIRE, SAN, CORR, CITY OF NY

**Claim Representative Name**   PAULA FELICIEN

**Business Phone Number**   7187245546

**E-mail Address**   PFELICIE@LAW.NYC.GOV

**Late Reason**

**FEIN**   xxxxx6505

**Postal Code**   11201

**Fax Number**

**Claim Admin ID**   W846505

## EMPLOYEE  INFORMATION

**First Name**   EDWARD

**Last Name**   PITRE

**Date of Birth**   02/28/1971

**Employee ID Type**   S - Employee Social Security Number

**Middle Name/Initial**

**Suffix**

**Employee ID**   xxxxx3271

## CLAIM INFORMATION

**Date Employer Had Knowledge of Date of Disability**   03/27/2015

**Pre-existing Disability**   No

**Work Days Scheduled** (S-Scheduled N-Non Scheduled)   S M T W T F S

**Calculated Wage**   $2,597.80

**Calculated Weekly Compensation Amount**   $808.65

**Employer Paid Salary Prior To Acquisition**

**Date Claim Administrator Notified of Employee Representation**

**Employment Status**   1 - Regular/Full-time Employee

**Number of Days Worked Per Week**   5

**Work Week Type**

**Wage Period**   01 - Weekly

**Denial Rescission Date**

## EMPLOYEE INJURY

Full Wages Paid for Date of Injury    Yes

Employer Paid Salary in Lieu of Compensation    No

Type of Loss    01 - Traumatic Injury

Date of Maximum Medical Improvement

### PERMANENT IMPAIRMENT

Impairment Percentage 35.0%          Body Part   33 - Lower Arm

Impairment Percentage 22.50%         Body Part   35 - Hand

Death Result of Injury          Date of Death          Number of Dependents    9

Dependent/Payee Relationship

## WORK STATUS

First Day of Disability After The Waiting Period  02/28/2015

Latest Return to Work Status Date  04/13/2015

Initial Date Disability Began       02/28/2015

Initial Return to Work Date        03/04/2015

Return To Work Type      A - Actual          Physical Restrictions    No          Return To Work Same Employer    Yes

## BENEFITS

Reduced Benefit Amount    R - Reclassification of Benefit

Estimated Gross Weekly Amt.

### Benefits

| Benefit Types |
| --- |
| 030 - Permanent Partial/Scheduled |
| 050 - Temporary Total |
| 070 - Temporary Partial |

| Benefit Type Code | Start Date | Through Date | Claim Weeks | Claim Days | Weekly Gross Effective Date | Weekly Gross Amount | Weekly Net Effective Date | Weekly Net Amount | Benefit Payment Issue Date | Amount Paid |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 030 | 02/28/2015 | 04/23/2018 | 164 | 1 | 02/28/2015 | $808.65 | 02/28/2015 | $808.65 | 05/22/2019 | $699.47 |
| 050 | 02/28/2015 | 03/11/2019 | 139 | 0 | 09/14/2015 | $808.65 | 09/14/2015 | $808.65 | 08/19/2018 | $97,750.13 |

### Benefits - Cumulative

| Benefit Type | Start Date | Through Date | Claim Weeks | Claim Days | Amount Paid |
| --- | --- | --- | --- | --- | --- |
| 070 - Temporary Partial | 12/08/2015 | 05/26/2019 | 92 | 2 | $63,960.26 |

### Benefits -  A - Adjustments / C - Credits / R - Redistributions

| Benefit Type | Type | Adjustment/Credit/Redistribution | Start Date | End Date | Weekly Amount |
| --- | --- | --- | --- | --- | --- |
|  |  |  |  |  |  |

## *Other Benefits*

| Other Benefit Type | Amount | Other Benefit Type | Amount |
|---|---|---|---|
| 340 - Total Claimant's Legal Expenses | $11,475.00 | 350 - Total Payments to Physicians | $338.00 |
| 370 - Total Other Medical | $25,998.82 | 450 - Total Pharmaceutical Costs | $965.65 |
| 460 - Total Physical Therapy Costs | $2,986.43 | | |

## PAYMENTS

Award/Order Date _____     Lump Sum Payment/Settlement   AW - Award _____

| Payment Reasons | | | | | |
|---|---|---|---|---|---|
| 030 - Permanent Partial/Scheduled | | | | | |
| 050 - Temporary Total | | | | | |
| Payment Reason Code | Payee | Start Date | Through Date | Issue Date | Amount Paid |
| 030 | EDWARD PITRE | 02/28/2015 | 04/23/2018 | 05/22/2019 | $699.47 |
| 050 | EDWARD PITRE | 04/24/2018 | 03/11/2019 | 05/22/2019 | $9,560.36 |

## *Recoveries*

| Recovery Type | Amount |
|---|---|
| | |

## EMPLOYER / INSURED INFORMATION

Employer FEIN    xxxxx6505 _____     Insured FEIN   xxxxx6505 _____

## *CONCURRENT EMPLOYER INFORMATION*

Name _____     Contact Business Phone _____     Wage _____



S5598069

**WORKERS' COMPENSATION BOARD**

## State of New York - Workers' Compensation Board
# Subsequent Report of Injury
## Report Type (MTC) SA-Sub-Annual

*This paper contains information that has been provided electronically to the Board.  Do **not** serve a copy of this on the Board.*

| | | | |
|---|---|---|---|
| **Employee Name** | EDWARD  PITRE | | |
| **WCB Case Number (JCN)** | G1292951 | **Date of Injury** | 02/27/2015 |
| **Claim Administrator Claim Number** | W0571595369 | **Maintenance Type Code Date** | 08/20/2018 |
| | | **WCB Received Date** | 08/20/2018 |

### INSURER INFORMATION

| | | | |
|---|---|---|---|
| **FEIN** | xxxxx6505 | **Insurer ID** | W846505 |

### CLAIM ADMINISTRATOR INFORMATION

| | | | |
|---|---|---|---|
| **Name** | POLICE, FIRE, SAN, CORR, CITY OF NY | **FEIN** | xxxxx6505 |
| **Claim Representative Name** | PAULA FELICIEN | **Postal Code** | 11201 |
| **Business Phone Number** | 7187245546 | **Fax Number** | |
| **E-mail Address** | PFELICIE@LAW.NYC.GOV | **Claim Admin ID** | W846505 |

### EMPLOYEE  INFORMATION

| | | | |
|---|---|---|---|
| **First Name** | EDWARD | **Middle Name/Initial** | |
| **Last Name** | PITRE | **Suffix** | |
| **Date of Birth** | 02/28/1971 | | |
| **Employee ID Type** | S - Employee Social Security Number | **Employee ID** | xxxxx3271 |

### BENEFITS

## Benefits

### Benefit Types

| 050 - Temporary Total |
|---|
| 070 - Temporary Partial |

| Benefit Type Code | Start Date | Through Date | Claim Weeks | Claim Days | Weekly Gross | | Weekly Net | | Benefit Payment Issue Date | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Effective Date | Amount | Effective Date | Amount | | |
| | | | | | | | | | | |

### Benefits - Cumulative

| Benefit Type | Start Date | Through Date | Claim Weeks | Claim Days | Amount Paid |
|---|---|---|---|---|---|
| 050 - Temporary Total | 02/28/2015 | 08/19/2018 | 109 | 4 | $88,189.77 |

S5598069

| Benefit Type | Start Date | Through Date | Claim Weeks | Claim Days | Amount Paid |
|---|---|---|---|---|---|
| 070 - Temporary Partial | 12/08/2015 | 11/12/2017 | 52 | 2 | $36,400.26 |

## Benefits - A - Adjustments / C - Credits / R - Redistributions

| Benefit Type | Type | Adjustment/Credit/Redistribution | Start Date | End Date | Weekly Amount |
|---|---|---|---|---|---|
| | | | | | |

## Other Benefits

| Other Benefit Type | Amount | Other Benefit Type | Amount |
|---|---|---|---|
| 340 - Total Claimant's Legal Expenses | $5,100.00 | 350 - Total Payments to Physicians | $338.00 |
| 370 - Total Other Medical | $25,840.99 | 450 - Total Pharmaceutical Costs | $965.65 |
| 460 - Total Physical Therapy Costs | $2,986.43 | | |

## Recoveries

| Recovery Type | Amount |
|---|---|
| | |

## EMPLOYER / INSURED INFORMATION

**Employer FEIN**      xxxxx6505

## CONCURRENT EMPLOYER INFORMATION

**Name**                          **Contact Business Phone**                     **Wage**



S3714160

**State of New York - Workers' Compensation Board**

# Subsequent Report of Injury
## Report Type (MTC) SA-Sub-Annual

*This paper contains information that has been provided electronically to the Board.  Do not serve a copy of this on the Board.*

**Employee Name**  EDWARD  PITRE

**WCB Case Number (JCN)**  G1292951

**Claim Administrator Claim Number**  W0571595369

**Date of Injury**  02/27/2015

**Maintenance Type Code Date**  02/27/2017

**WCB Received Date**  02/27/2017

## INSURER INFORMATION

**FEIN**  xxxxx6505

**Insurer ID**  W846505

## CLAIM ADMINISTRATOR INFORMATION

**Name**  POLICE, FIRE, SAN, CORR, CITY OF NY

**Claim Representative Name**  PAULA FELICIEN

**Business Phone Number**  7187245546

**E-mail Address**

**FEIN**  xxxxx6505

**Postal Code**  11201

**Fax Number**

**Claim Admin ID**  W846505

## EMPLOYEE  INFORMATION

**First Name**  EDWARD

**Last Name**  PITRE

**Date of Birth**  02/28/1971

**Employee ID Type**  S - Employee Social Security Number

**Middle Name/Initial**

**Suffix**

**Employee ID**  xxxxx3271

## BENEFITS

### Benefits

| Benefit Types |
|---|
| 050 - Temporary Total |
| 070 - Temporary Partial |

| Benefit Type Code | Start Date | Through Date | Claim Weeks | Claim Days | Weekly Gross Effective Date | Weekly Gross Amount | Weekly Net Effective Date | Weekly Net Amount | Benefit Payment Issue Date | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

### Benefits - Cumulative

| Benefit Type | Start Date | Through Date | Claim Weeks | Claim Days | Amount Paid |
|---|---|---|---|---|---|
| 050 - Temporary Total | 02/28/2015 | 03/05/2017 | 48 | 3 | $38,700.39 |

| Benefit Type | Start Date | Through Date | Claim Weeks | Claim Days | Amount Paid |
|---|---|---|---|---|---|
| 070 - Temporary Partial | 12/08/2015 | 07/20/2016 | 32 | 2 | $21,900.26 |

## Benefits -  A - Adjustments / C - Credits / R - Redistributions

| Benefit Type | Type | Adjustment/Credit/Redistribution | Start Date | End Date | Weekly Amount |
|---|---|---|---|---|---|
| | | | | | |

## Other Benefits

| Other Benefit Type | Amount | Other Benefit Type | Amount |
|---|---|---|---|
| 340 - Total Claimant's Legal Expenses | $4,900.00 | 370 - Total Other Medical | $13,957.53 |
| 450 - Total Pharmaceutical Costs | $965.65 | 460 - Total Physical Therapy Costs | $2,688.44 |

## Recoveries

| Recovery Type | Amount |
|---|---|
| | |

## EMPLOYER / INSURED INFORMATION

**Employer FEIN**     xxxxx6505

## CONCURRENT EMPLOYER INFORMATION

**Name**     **Contact Business Phone**     **Wage**



F1824709

**State of New York - Workers' Compensation Board**

# First Report of Injury
# Report Type (MTC) 02-Change

*This paper contains information that has been provided electronically to the Board. Do not serve a copy of this on the Board.*

Pursuant to 12 NYCRR §300.22, when the claim administrator is changing the Denial Reason, this notice must be served on the claimant and his or her attorney or licensed representative, if any, within one business day of the date it is filed electronically with the chair.

**Employee Name**  EDWARD PITRE

| | |
|---|---|
| **WCB Case Number (JCN)**  G1292951 | **Date of Injury**  02/27/2015 |
| **Claim Administrator Claim Number**  W0571595369 | **Maintenance Type Code Date**  03/02/2016 |
| **Claim Type**  L - Became Lost Time | **WCB Received Date**  03/02/2016 |

## INSURER INFORMATION

| | |
|---|---|
| **Insurer Name**  POLICE, FIRE, SAN, CORR, CITY OF NY | **FEIN**  xxxxx6505 |
| **Insurer Type**  S - Self-Insurer | **Insurer ID**  W846505 |

## CLAIM ADMINISTRATOR INFORMATION

**Name**  POLICE, FIRE, SAN, CORR, CITY OF NY

**Info/Attn**  NYC LAw Department-Workers Compensation Divi

**Address**  350 JAY STREET

| | |
|---|---|
| **City**  BROOKLYN | **State**  NY |
| **Postal Code**  11201 | **Country**  US - UNITED STATES |
| **FEIN**  xxxxx6505 | **Claim Admin ID**  W846505 |

**Late Reason**

## FULL DENIAL REASONS

**Full Denial Effective Date**

**Full Denial Reason**

**Denial Reason Narrative**

## EMPLOYEE  INFORMATION

| | | | |
|---|---|---|---|
| **First Name** | EDWARD | **Middle Name/Initial** | |
| **Last Name** | PITRE | **Suffix** | |
| **Mailing Address** | 130-59 115TH STREET | | |
| **City** | SOUTH OZONE PAR | **State** | NY |
| **Postal Code** | 11420 | **Country** | US - UNITED STATES |
| **Phone Number** | | **Gender** | M - Male |
| **Date of Birth** | 02/28/1971 | **Date of Hire** | |
| **Employee ID Type** | S - Employee Social Security Number | **Employee ID** | xxxxx3271 |
| **Occupation Description** | COMMUNICATION ELECTRICIAN | | |

## CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Time of injury** | | **Date Employer Had Knowledge of the Injury** | 02/27/2015 |
| **Employment Status** | 7 - Other | **Date Claim Administrator Had Knowledge of the Injury** | 03/27/2015 |
| **Wage Period** | 01 - Weekly | **Date Employer Had Knowledge of Date of Disability** | 02/28/2015 |
| **Estimated Wage** | $2,597.80 | **Number of Days Worked Per Week** | |
| **Work Week Type** | | **Work Days Scheduled** (S-Scheduled N-Non Scheduled) | |

Work Days Scheduled: S M T W T F S

### *EMPLOYEE INJURY*

| | | | |
|---|---|---|---|
| **Full Wages Paid for Date of Injury** | Yes | **Employer Paid Salary in Lieu of Compensation** | No |
| **Death Result of Injury** | | **Date of Death** | **Number of Dependents** 9 |
| **Nature of Injury** | 49 - Sprain or Tear | | |
| **Part of Body** | 31 - Upper Arm | | |
| **Cause of Injury** | 27 - Fall, Slip or Trip Injury - From Liquid or Grease Spills | | |
| **Type of Loss** | 01 - Traumatic Injury | | |

**Accident/Injury Description**
I WAS INFORMED THAT WHILE WORKING ON L126, HE (MR.PITRE) ARRIVED AT THE POST  ON WEST 158TH STREET AND
AMSTERDAM AVENUE, AS HE DISMOUNTED THE VEHICLE

### *WORK STATUS*

| | | | |
|---|---|---|---|
| **Initial Date Last Day Worked** | | **Return To Work Type** | A - Actual |
| **Initial Date Disability Began** | 02/28/2015 | **Physical Restrictions** | No |
| **Initial Return to Work Date** | 03/04/2015 | **Return To Work Same Employer** | Yes |

## ACCIDENT LOCATION AND WITNESSES

| | |
|---|---|
| **Premises** | X - Other |
| **Organization Name** | |
| **Street** | 158TH ST AND AMSTERDAM AVE |
| **City** | NEW YORK |
| **County/Parish** | NEW YORK - New York |
| **Location Narrative** | 158TH ST AND AMSTERDAM AVE NEW YORK NY |

| | |
|---|---|
| **State** | NY |
| **Postal Code** | 10032 |
| **Country** | US - UNITED STATES |

**Witnesses**

**Business Phone Number**

## MEDICAL TREATMENT

| | |
|---|---|
| **Initial Treatment** | 3 - Emergency Evaluation, Diagnostic Testing, and Medical Procedures |
| **Managed Care Org.** | |
| **Managed Care Org. ID** | |

## EMPLOYER INFORMATION

| | |
|---|---|
| **Name** | FIRE DEPARTMENT |
| **Industry Code** | 921190 |
| **Manual Classification** | 9410 - Municipal, Township, County Or State Employee Noc |
| **Info/Attn** | |
| **Mailing Address** | 9 METROTECH PLAZA  2ND FLOOR |
| **City** | BROOKLYN |
| **Postal Code** | 11201 |
| **Physical Addr** | 9 METROTECH PLAZA  2ND FLOOR |
| **City** | BROOKLYN |
| **Postal Code** | 11201 |
| **Contact Name** | MAUREEN SOMMA |

| | |
|---|---|
| **Employer FEIN** | xxxxx6505 |
| **UI Number** | |
| **State** | NY |
| **Country** | US - UNITED STATES |
| **State** | NY |
| **Country** | US - UNITED STATES |

**Contact Business Phone Number** 7189991845

F1824709

## INSURED INFORMATION

**Insured Name**  FIRE DEPARTMENT

**Insured FEIN**  xxxxx6505

**Insured Type**  S - Self-Insured

**Insured Location ID**  1586

**Policy Number ID**

**Policy Effective Date**

**Policy Expiration Date**



F1102358

**State of New York - Workers' Compensation Board**
# First Report of Injury
## Report Type (MTC) 00-Original

This paper contains information that has been provided electronically to the Board.  Do <u>not</u> serve a copy of this on the Board.

| | |
|---|---|
| **Employee Name**  EDWARD  PITRE | |

| | |
|---|---|
| **WCB Case Number (JCN)**  G1292951 | **Date of Injury**  02/27/2015 |
| **Claim Administrator Claim Number**  W0571595369 | **Maintenance Type Code Date**  04/09/2015 |
| **Claim Type**  M - Medical Only | **WCB Received Date**  04/10/2015 |

## INSURER INFORMATION

| | |
|---|---|
| **Insurer Name**  POLICE, FIRE, SAN, CORR, CITY OF NY | **FEIN**  xxxxx6505 |
| **Insurer Type**  S - Self-Insurer | **Insurer ID**  W846505 |

## CLAIM ADMINISTRATOR INFORMATION

**Name**  POLICE, FIRE, SAN, CORR, CITY OF NY

**Info/Attn**  NYC Law Department-Workers Compensation Division

**Address**  350 JAY STREET

| | |
|---|---|
| **City**  BROOKLYN | **State**  NY |
| **Postal Code**  11201 | **Country**  US - UNITED STATES |
| **FEIN**  xxxxx6505 | **Claim Admin ID**  W846505 |
| **Late Reason** | |

## EMPLOYEE  INFORMATION

| | |
|---|---|
| **First Name**  EDWARD | **Middle Name/Initial** |
| **Last Name**  PITRE | **Suffix** |
| **Mailing Address**  130-59 115TH STREET | |
| **City**  SOUTH OZONE PAR | **State**  NY |
| **Postal Code**  11420 | **Country**  US - UNITED STATES |
| **Phone Number** | **Gender**  M - Male |
| **Date of Birth**  02/28/1971 | **Date of Hire** |
| **Employee ID Type**  S - Employee Social Security Number | **Employee ID**  xxxxx3271 |
| **Occupation Description**  COMMUNICATION ELECTRICIAN | |

F1102358

## CLAIM INFORMATION

| | | |
|---|---|---|
| **Time of injury** | | |
| **Employment Status** | 7 - Other | |
| **Wage Period** | 01 - Weekly | |
| **Estimated Wage** | $1,666.00 | |
| **Work Week Type** | | |

**Date Employer Had Knowledge of the Injury**  02/27/2015

**Date Claim Administrator Had Knowledge of the Injury** 03/27/2015

**Date Employer Had Knowledge of Date of Disability**  03/27/2015

**Number of Days Worked Per Week**

**Work Days Scheduled**  (S-Scheduled N-Non Scheduled)

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

### EMPLOYEE INJURY

**Full Wages Paid for Date of Injury**  Yes

**Employer Paid Salary in Lieu of Compensation**  No

**Death Result of Injury**

**Date of Death**

**Number of Dependents**  9

**Nature of Injury**  49 - Sprain or Tear

**Part of Body**  31 - Upper Arm

**Cause of Injury**  27 - Fall, Slip or Trip Injury - From Liquid or Grease Spills

**Type of Loss**  01 - Traumatic Injury

**Accident/Injury Description**
I WAS INFORMED THAT WHILE WORKING ON L126, HE (MR.PITRE) ARRIVED AT THE POST  ON WEST 158TH STREET AND AMSTERDAM AVENUE, AS HE DISMOUNTED THE VEHICLE

### WORK STATUS

**Initial Date Last Day Worked**

**Return To Work Type**  A - Actual

**Initial Date Disability Began**  03/19/2015

**Physical Restrictions**  No

**Initial Return to Work Date**  03/04/2015

**Return To Work Same Employer**  Yes

## ACCIDENT LOCATION AND WITNESSES

**Premises**  X - Other

**Organization Name**

**Street**  158TH ST AND AMSTERDAM AVE

**State**  NY

**City**  NEW YORK

**Postal Code**  10032

**County/Parish**  NEW YORK - New York

**Country**  US - UNITED STATES

**Location Narrative**  158TH ST AND AMSTERDAM AVE NEW YORK NY

**Witnesses**

**Business Phone Number**

## MEDICAL TREATMENT

**Initial Treatment**  3 - Emergency Evaluation, Diagnostic Testing, and Medical Procedures

**Managed Care Org.**

**Managed Care Org. ID**

## EMPLOYER INFORMATION

**Name**  FIRE DEPARTMENT

**Employer FEIN**  xxxxx6505

**Industry Code**  921190

**UI Number**

**Manual Classification**  9410 - Municipal, Township, County Or State Employee Noc

**Info/Attn**

**Mailing Address**  9 METROTECH PLAZA  2ND FLOOR

**City**  BROOKLYN

**State**  NY

**Postal Code**  11201

**Country**  US - UNITED STATES

**Physical Addr**  9 METROTECH PLAZA  2ND FLOOR

**City**  BROOKLYN

**State**  NY

**Postal Code**  11201

**Country**  US - UNITED STATES

**Contact Name**  MAUREEN SOMMA

**Contact Business Phone Number**  7189991845

## INSURED INFORMATION

**Insured Name**  FIRE DEPARTMENT

**Insured FEIN**  xxxxx6505

**Insured Type**  S - Self-Insured

**Insured Location ID**  1586

**Policy Number ID**

**Policy Effective Date**

**Policy Expiration Date**



# Employee Claim

5082111281

## C-3

### State of New York - Workers' Compensation Board

Fill out this form to apply for workers' compensation benefits because of a work injury or work-related illness. Type or print neatly. This form may also be filled out on-line at www.wcb.ny.gov.

WCB Case Number (if you know it): _____

## A. YOUR INFORMATION (Employee)

1. Name: Edward Pitre
   First    MI    Last
   2. Date of Birth: 02/28/1971

3. Mailing address: 130-59 115th Street  Queens, NY 11420
   Number and Street/PO Box    City    State    Zip Code

4. Social Security Number: 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    5. Phone Number: (732) 801-0347    6. Gender: [x] Male  ☐ Female

7. Will you need a translator if you have to attend a Board hearing? ☐ Yes  [x] No   If yes, for what language? _____

## B. YOUR EMPLOYER(S)

1. Employer when injured: NYC Fire Department    2. Phone Number: (718) 624-2370

3. Your work address: 9 Metro Tech Plaza,  Brooklyn, NY 11201
   Number and Street    City    State    Zip Code

4. Date you were hired: _____    5. Your supervisor's name: _____

6. List names/addresses of any other employer(s) at the time of your injury/illness:

_____

7. Did you lose time from work at the other employment(s) as a result of your injury/illness? ☐ Yes  ☐ No

## C. YOUR JOB on the date of the injury or illness

1. What was your job title or description? Wire Communication

2. What types of activities did you normally perform at work? _____

3. Was your job? (check one)   [x] Full Time   ☐ Part Time   ☐ Seasonal   ☐ Volunteer   ☐ Other: _____

4. What was your gross pay (before taxes) per pay period? $ _____    5. How often were you paid? _____

6. Did you receive lodging or tips in addition to your pay? ☐ Yes  [✓] No   If yes, describe: _____

## D. YOUR INJURY OR ILLNESS

1. Date of injury or date of onset of illness: 02/27/2015    2. Time of injury: _____

3. Where did the injury/illness happen? (e.g., 1 Main Street, Pottersville, at the front door) _____

   158st Amsterdam Street

4. Was this your usual work location? ☐ Yes  ☐ No    If no, why were you at this location? _____

5. What were you doing when you were injured or became ill? (e.g., unloading a truck, typing a report) _____

   working

6. How did the injury/illness happen? (e.g., I tripped over a pipe and fell on the floor) _____

   coming out of the fire truck and slipped on a mountain of ice on the sidewalk.

7. Explain fully the nature of your injury/illness; list body parts affected (e.g., twisted left ankle and cut to forehead): _____

   left wrist, left shoulder

C-3.0 (1-11) Page 1 of 2

THE WORKERS' COMPENSATION BOARD EMPLOYS AND SERVES PEOPLE
WITH DISABILITIES WITHOUT DISCRIMINATION

www.wcb.ny.gov

YOUR NAME: Edward Pitre

First ___ MI ___ Last ___

DATE OF INJURY/ILLNESS: 028/27 / 2015

## D. YOUR INJURY OR ILLNESS *continued*

8. Was an object (e.g., forklift, hammer, acid) involved in the injury/illness? ☐ Yes [x] No   If yes, what? _____

9. Was the injury the result of the use or operation of a licensed motor vehicle? ☐ Yes ☐ No

If yes, ☐ your vehicle ☐ employer's vehicle ☐ other vehicle   License plate number (if known): _____

If your vehicle was involved, give name and address of your motor vehicle insurance carrier: _____

10. Have you given your employer (or supervisor) notice of injury/illness? [x] Yes ☐ No

If yes, notice was given to: Miguel Floreia _____  [x] orally [x] in writing   Date notice given: 2/27/2015

11. Did anyone see your injury happen? [x] Yes ☐ No ☐ Unknown   If yes, list names: _____

Felix Garcia (Co-worker)

## E. RETURN TO WORK

1. Did you stop work because of your injury/illness? [x] Yes, on what date? 02/27/2015   ☐ No skip to Section F.

2. Have you returned to work? [x] Yes ☐ No   If yes, on what date? 03/5/2015   [x] regular duty [x] limited duty

3. If you have returned to work, who are you working for now? [x] Same employer ☐ New employer ☐ Self employed

4. What is your gross pay (before taxes) per pay period? $ _____   How often are you paid? _____

## F. MEDICAL TREATMENT FOR THIS INJURY OR ILLNESS

1. What was the date of your first treatment? 03/04/2015   [x] None received (skip to question F-5)

2. Were you treated on site? ☐ Yes ☐ No

3. Where did you receive your first off site medical treatment for your injury/illness? ☐ none received ☐ Emergency Room
   [x] Doctor's office ☐ Clinic/Hospital/Urgent Care ☐ Hospital Stay over 24 hours

Name and address where you were first treated: Findling Surgical PC,

58-50 Catalpa Avenue Ridgewood, New York 11385   Phone Number: (718) 418-4263

4. Are you still being treated for this injury/illness? ☐ Yes ☐ No

Give the name and address of the doctor(s) treating you for this injury/illness: _____

_____   Phone Number: _____

5. Do you remember having another injury to the same body part or a similar illness? [x] Yes ☐ No

If yes, were you treated by a doctor? ☐ Yes ☐ No   If yes, provide the names and addresses of the doctor(s) who treated
you and COMPLETE AND FILE FORM C-3.3 TOGETHER WITH THIS FORM:

1996 got hurt

_____

6. Was the previous injury/illness work related? ☐ Yes ☐ No

If yes, were you working for the same employer that you work for now? ☐ Yes ☐ No

I am hereby making a claim for benefits under the Workers' Compensation Law. My signature affirms that the information I am providing is true
and accurate to the best of my knowledge and belief.

Any person who knowingly and with INTENT TO DEFRAUD presents, causes to be presented, or prepares with knowledge or belief that it
will be presented to, or by an insurer, or self-insurer, any information containing any FALSE MATERIAL STATEMENT or conceals any
material fact, SHALL BE GUILTY OF A CRIME and subject to substantial FINES AND IMPRISONMENT.

Employee's Signature: _____   Print Name: Edward Pitre   Date: 3/13/15

On behalf of Employee: _____   Print Name: _____   Date: / /

*An individual may sign on behalf of the employee only if he or she is legally authorized to do so and the employee is a minor, mentally incompetent or incapacitated.*

I certify to the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, that the allegations and other factual
matters asserted above have evidentiary support, or are likely to have evidentiary support after a reasonable opportunity for further investigations or discovery.

Signature of Attorney/Representative (if any): _____   Date: 3/13/15

Print Name: Joseph A. Romano, ESQ   Title: Attorney at Law

ID No., if any: R 481607   If Licensed Representative, License No.: _____   Expiration Date: / /

C-3.0 (1-11) Page 2 of 2