# Derek Smith Law Group, PLLC

Employment Lawyers Representing Employees Exclusively

August 16, 2016

**VIA EMAIL**
22 Reade Street - First Floor
New York, NY 10007
jvasquez@cchr.nyc.gov

| | |
|---|---|
| **RE:** | **Edward Pitre v The City of New York, Fire Department of the City of New York** |
| **Case No.:** | **M-E-RNOD-16-1034035-D** |

Dear Mr. Jorge Vasquez:

    Our firm was recently retained by Mr. Edward Pitre in the above mentioned complaint. At this time, we respectfully request that the Commision dismiss his complaint for "administrative convenience" in order to permit him to pursue all his Federal and State claims against The City of New York, Fire Department of the City of New York in Federal court.

    Thank you for your anticipated cooperation in this matter.

    Please do not hesitate to call our office if any questions arise regarding this letter.

Respectfully,

DEREK SMITH LAW GROUP PLLC

John C. Luke, Jr.

# Derek Smith Law Group, PLLC

Employment Lawyers Representing Employees Exclusively

****SECOND REQUEST****

October 7, 2016

**VIA FIRST CLASS MAIL**
Jorge Vasquez
NYC Commission On Human Rights
22 Reade Street - First Floor
New York, NY 10007
jvasquez@cchr.nyc.gov

RE:         Edward Pitre v The City of New York, Fire Department of the City of New York
Case No.:   M-E-RNOD-16-1034035-D

Dear Mr. Jorge Vasquez:

Our firm was recently retained by Mr. Edward Pitre in the above mentioned complaint. At this time, we respectfully request that the Commision dismiss his complaint for "administrative convenience" in order to permit him to pursue all his Federal and State claims against The City of New York, Fire Department of the City of New York in Federal court.

Thank you for your anticipated cooperation in this matter.

Please do not hesitate to call our office if any questions arise regarding this letter.

Respectfully,

DEREK SMITH LAW GROUP PLLC

John C. Luke, Jr.