

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**LAUREN F. SILVER**
Assistant Corporation Counsel
Phone: (212) 356-2507
E-mail: lasilver@law.nyc.gov
*E-mail and Fax Not For Service*

March 20, 2024

**By ECF**
Honorable Denny Chin
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

    Re: <u>Pitre v. City of New York, et al.</u>, 18-CV-5950 (DC)

Your Honor:

  I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. Defendants write to request a one week extension of the briefing schedule set by Your Honor's Order dated February 14, 2024 on Docket #140. Plaintiff consents to this request. Specifically, we request the following deadline extension:

  i. All Reply papers extended from March 22, 2024 to March 29, 2024.

  The reason for the one week request is that the the undersigned and Ms. Silver have many other professional obligations in the month of March. Ms. Silver is supervising a State Division of Human Rights Hearing this week and has a reply brief due in another case; the undersigned also has multiple deadlines this week; finally, Ms. DeCastro no longer works for the Law Department.

  We thank the Court for its attention in this matter.

                Respectfully Submitted,

                Assistant Corporation Counsel

                s/ *Desiree Alexander*

        Desiree Alexander
        Assistant Corporation Counsel

cc:    Counsel of Record (By ECF)