UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EDWARD PITRE,                                  :

                Plaintiff,            :   **ORDER**

       - v -                                :   18 Civ. 5950 (DC)

THE CITY OF NEW YORK, JAN BORODO,   :
and JOSEPH M. MASTROPIETRO,
                                               :
               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

       This case having been tried, *see* Dkt. 138, the defendants' outstanding pretrial motions (Dkts. 94, 111, and 127) are DENIED as moot. The Clerk of Court is directed to terminate the motions at Dkts. 94, 111, and 127.

       SO ORDERED.

Dated:    New York, New York
           March 26, 2024

                                                     DENNY CHIN
                                                     United States Circuit Judge
                                                     Sitting by Designation