UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| EDWARD PITRE, | : | |
| Plaintiff, | : | **JUDGMENT** |
| - v - | : | 18 Civ. 5950 (DC) |
| THE CITY OF NEW YORK, JAN BORODO, and JOSEPH M. MASTROPIETRO, | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The Court having dismissed this action on January 22, 2024, in the interest of justice, the Court having issued a Memorandum and Order on January 29, 2024, Doc. No. 138, explaining its reasons for doing so, plaintiff thereafter moving for reconsideration and defendants moving for sanctions, and the Court having issued a Memorandum Decision on April 26, 2024, Doc. No. 154,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Plaintiff shall recover nothing, and the action is dismissed with prejudice;

2. Defendants shall recover attorneys' fees in the amount of $10,000, as well as the costs of this action, from plaintiff and plaintiff's counsel, jointly and severally; and

3. The Clerk of the Court shall close this case.

Dated: New York, New York
April 26, 2024

_____
DENNY CHIN
United States Circuit Judge
Sitting By Designation