AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

### for the

Southern District of New York

EDWARD PITRE )
)
v. ) Case No.: 18 Civ. 5950 (DC)
THE CITY OF NEW YORK, JAN BORODO, )
and JOSEPH M. MASTROPIETRO )
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___04/26/2024___ against ___the plaintiff, Edward Pitre___ ,
                                                                     Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 5,993.50 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 545.50 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,978.90 |
| TOTAL $ | 11,517.90 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☐ Electronic service            ☑ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: ___/s/ Desiree Alexander___          Date: ___05/22/2024___
        *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____      By: _____      _____
*Clerk of Court*                    *Deputy Clerk*                    *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | TOTAL | | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| CaseNo | CaseName | CurDiv | VCostType | Vendor | VoucherNo | VPrepDate | VDOS | VAmount | InvoiceNo | BudgetObject | ContactNo | FiscalDate | CurI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | OSRH | MCSGROUP | 20194159 | 1/31/2019 | 10/24/2018 | $47.50 | N22782001 | 0201600 | CT21912833 | 11/9/2018 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | OSRH | MCSGROUP | 20194555 | 2/8/2019 | 12/5/2018 | $87.25 | N22782005 | 0201600 | CT21912833 | 1/3/2019 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | OSRH | MCSGROUP | 20194577 | 2/14/2019 | 12/19/2018 | $47.50 | N22782006 | 0201600 | CT21912833 | 1/3/2019 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | OSRL | MCSGROUP | 20194881 | 2/25/2019 | 1/16/2019 | $47.50 | N22782009 | 0201600 | CT21912833 | 2/6/2019 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | OSRL | MCSGROUP | 20194856 | 2/20/2019 | 1/15/2019 | $72.75 | N22782007 | 0201600 | CT21912833 | 1/23/2019 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | OSRT | MCSGROUP | 20197696 | 5/24/2019 | 4/30/2019 | $45.00 | N22782018 | 0201600 | CT21912833 | 5/22/2019 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20200138 | 7/12/2019 | 6/19/2019 | $285.00 | 18852 | 0201686 | PC20200681 | 7/10/2019 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20211530 | 10/30/2020 | 8/1/2019 | $450.00 | 20214 | 0201686 | PC20200681 | 10/29/2019 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20203010 | 11/14/2019 | 9/1/2019 | $450.00 | 20896 | 0201686 | PC20200681 | 10/24/2019 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20203983 | 1/27/2020 | 11/1/2019 | $450.00 | 22413 | 0201686 | PC20200681 | 12/20/2019 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20203409 | 12/5/2019 | 10/1/2019 | $450.00 | 21708 | 0201686 | PC20200681 | 11/15/2019 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20204341 | 2/12/2020 | 12/1/2019 | $450.00 | 23334 | 0201686 | PC20200681 | 1/6/2020 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20204962 | 2/24/2020 | 1/1/2020 | $450.00 | 24143 | 0201686 | PC20200681 | 2/19/2020 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20204569 | 3/16/2020 | 2/1/2020 | $480.00 | 24981 | 0201686 | PC20200681 | 3/5/2020 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20206101 | 6/30/2020 | 3/1/2020 | $45.00 | 25922 | 0201686 | PC20200681 | 5/6/2020 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20211019 | 7/17/2020 | 4/1/2020 | $45.00 | 26891 | 0201686 | PC20200681 | 5/13/2020 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20210023 | 7/28/2020 | 5/1/2020 | $45.00 | 27830 | 0201686 | PC20200681 | 6/11/2020 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20210464 | 8/6/2020 | 6/1/2020 | $45.00 | 28646 | 0201686 | PC20200681 | 7/23/2020 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20213788 | 4/20/2021 | 7/1/2019 | $450.00 | 19511 | 0201686 | PC20200681 | 4/13/2021 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20210961 | 10/6/2020 | 7/1/2020 | $45.00 | 29500 | 0201686 | PC20200681 | 8/31/2020 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20211143 | 11/2/2020 | 8/1/2020 | $45.00 | 30408 | 0201686 | PC20200681 | 9/23/2020 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20211375 | 11/2/2020 | 9/1/2020 | $45.00 | 31368 | 0201686 | PC20200681 | 10/15/2020 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20211738 | 11/19/2020 | 10/1/2020 | $45.00 | 32243 | 0201686 | PC20200681 | 11/12/2020 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20212313 | 1/11/2021 | 11/1/2020 | $45.00 | 33288 | 0201686 | PC20200681 | 12/22/2020 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20212657 | 2/25/2021 | 12/1/2020 | $45.00 | 34470 | 0201686 | PC20200681 | 1/21/2021 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20212992 | 2/26/2021 | 1/1/2021 | $45.00 | 35546 | 0201686 | PC20200681 | 2/16/2021 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20213787 | 4/22/2021 | 2/1/2021 | $45.00 | 36722 | 0201686 | PC20200681 | 4/13/2021 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20213940 | 5/10/2021 | 3/1/2021 | $45.00 | 39065 | 0201686 | PC20200681 | 4/20/2021 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20214340 | 6/8/2021 | 4/1/2021 | $45.00 | 39944 | 0201686 | PC20200681 | 5/18/2021 | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | OSRH | MCSGROUP | 20220658 | 9/8/2021 | 5/28/2021 | $49.50 | N22782024 | 0201600 | CT20208285 | 8/27/2021 | |

| Account | Case | | Code | Vendor | Number | Date | Date | Amount | Ref | Code | Check | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | OSRL | MCSGROUP | 20220688 | 9/8/2021 | 5/28/2021 | $49.50 | N22782023 | 0201600 | CT20208285 | 8/27/2021 |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | OSRH | MCSGROUP | 20220688 | 9/8/2021 | 5/28/2021 | $49.50 | N22782022 | 0201600 | CT20208285 | 8/27/2021 |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | OSRH | MCSGROUP | 20220688 | 9/8/2021 | 5/28/2021 | $49.50 | N22782021 | 0201600 | CT20208285 | 8/27/2021 |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | STET | VERITEXTLLC | 20225593 | 6/9/2022 | 8/4/2021 | $284.20 | 5195171 | 0201622 | CT20223884 | 9/21/2021 |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | STET | VERITEXTLLC | 20225582 | 6/9/2022 | 8/3/2021 | $730.40 | 5217086 | 0201622 | CT20223884 | 9/21/2021 |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20221558 | 10/20/2021 | 5/1/2021 | $45.00 | 41187 | 0201686 | PC20204324 | 9/24/2021 |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | XCLV | EVERLAW | 20221558 | 10/20/2021 | 6/1/2021 | $360.00 | 42421 | 0201686 | PC20204324 | 10/6/2021 |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | | EBSGROUP | | | | 3L1162 | | | | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | | EBSGROUP | | | | | | | | |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | GSIN | TRUVIEW | 20241867 | 10/17/2023 | 8/31/2023 | $110.00 | 44444410732575 | 0201686 | CT22113443 | 10/16/2023 |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | GSIS | TRUVIEW | 20242822 | 1/4/2024 | 9/22/2023 | $682.50 | 44444410732815 | 0201686 | CT22113443 | 12/29/2023 |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | STTC | SOUTHERNDISTRICT | 20243508 | 2/12/2024 | 10/11/2023 | $255.50 | 0559763N | 0207622 | | 2/6/2024 |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | STTC | SOUTHERNDISTRICT | 20243233 | 2/5/2024 | 1/19/2024 | $1,193.90 | 0559782N | 0207622 | | 1/29/2024 |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | STTC | SOUTHERNDISTRICT | 20243233 | 2/5/2024 | 1/18/2024 | $766.50 | 0559783N | 0207622 | | 1/29/2024 |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | STTC | SOUTHERNDISTRICT | 20243233 | 2/5/2024 | 1/17/2024 | $897.90 | 0559784N | 0207622 | | 1/29/2024 |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | STTC | SOUTHERNDISTRICT | 20243233 | 2/5/2024 | 1/17/2024 | $489.40 | 0559818N | 0207622 | | 1/29/2024 |
| 2018064552 | PITRE, EDWARD VS CITY OF NEW | LE | STTC | SOUTHERNDISTRICT | 20243233 | 2/5/2024 | 1/22/2024 | $1,379.70 | 0559853N | 0207622 | | 1/29/2024 |



**1601 Market Street**
**Philadelphia, PA 19103**

**The MCS Group, Inc.**

REFER TO
INVOICE NUMBER

N22782001

IRS NO. 23-2146815

| DATE ORDERED | RECORDS PERTAIN TO | COPIES ORDERED | TYPE OF REQUEST |
|---|---|---|---|
| 10/02/2018 | ALPHONSE SEDDIO | 1 | * SEE BELOW |
| DATE COMPLETED | RECORDS LOCATION | PAGES | ORDER NO. |
| 10/24/2018 | ALPHA NEUROLOGY, PC | 16 | 22782-L 1-C 0 |

DOL:03/20/2018 MEDICAL RECORDS

Payment Due: 11/23/2018
Return Invoice with Check Payable to: **MCS**

Requested By:

COLON 981
MELINDA COLON
60 BAY STREET
4TH FLOOR
STATEN ISLAND      NY 10301
(718) 876-3603

| DESCRIPTION | | QTY | AMOUNT |
|---|---|---|---|
| BASIC CHARGE | | 1 | 45.00 |
| UPLOAD CHARGE | | 1 | 2.50 |

CASE: ALPHONSE SEDDIO
-vs- CITY OF NEW YORK

File No.:
2018-064522

Bill To:
     0088160

NEW YORK CITY LAW DEPARTMENT
MELINDA COLON
60 BAY STREET
4TH FLOOR
STATEN ISLAND      NY  10301

Claim No.:   2018-064552

| | |
|---|---|
| SUB TOTAL | 47.50 |
| TAX | 0.00 |

BILLING INQUIRIES ONLY:   (973) 242-5777        AMOUNT DUE        47.50

- - - - - - - - - - PLEASE DETACH - - - - - - - - - -

| Invoice # |
|---|
| N22782001 |
| **Account #** |
| 0088160 |
| **Invoice Date** |
| 10/24/2018 |
| **Amount Due** |
| $    47.50 |
| **Payment Due Date** |
| 11/23/2018 |

**The MCS Group, Inc.**
1601 Market Street
Suite 800
Philadelphia, PA 19103

**1601 Market Street**
**Philadelphia, PA 19103**

**MCS®**

**The MCS Group, Inc.**

| REFER TO INVOICE NUMBER |
|---|
| N22782005 |

IRS NO. 23-2146815

| | | REPRINT | |
|---|---|---|---|

| DATE ORDERED | RECORDS PERTAIN TO | COPIES ORDERED | TYPE OF REQUEST |
|---|---|---|---|
| 10/02/2018 | ALPHONSE SEDDIO | 1 | * SEE BELOW |
| DATE COMPLETED | RECORDS LOCATION | PAGES | ORDER NO. |
| 12/05/2018 | SURGICARE OF MANHATTAN | 50 | 22782-L 6-C 0 |

DOL:03/20/2018 MEDICAL RECORDS

Payment Due: 01/04/2019

**Return Invoice with Check Payable to: MCS**

Requested By:

COLON   981
MELINDA COLON
60 BAY STREET
4TH FLOOR
STATEN ISLAND      NY 10301
(718) 876-3603

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| BASIC CHARGE | 1 | 45.00 |
| CUSTODIAL FEE - RECORDS | 1 | 39.75 |
| UPLOAD CHARGE | 1 | 2.50 |

CASE: ALPHONSE SEDDIO
-vs- CITY OF NEW YORK

File No.:
2018-064522

Bill To:   0088160

NEW YORK CITY LAW DEPARTMENT
MELINDA COLON
60 BAY STREET
4TH FLOOR
STATEN ISLAND      NY  10301

| | |
|---|---|
| SUB TOTAL | 87.25 |
| TAX | 0.00 |

Claim No.: 2018-064552

============

BILLING  INQUIRIES  ONLY:   (973) 242-5777

AMOUNT DUE   87.25

87.25
19 - 4555
19 - N22782005

PLEASE DETACH

| Invoice # |
|---|
| N22782005 |
| **Account #** |
| 0088160 |
| **Invoice Date** |
| 12/05/2018 |
| **Amount Due** |
| $      87.25 |
| **Payment Due Date** |
| 01/04/2019 |

**MCS®**

The MCS Group, Inc.
1601 Market Street
Suite 800
Philadelphia, PA 19103

**MCS**

1601 Market Street
Philadelphia, PA 19103

The MCS Group, Inc.

| | | REFER TO INVOICE NUMBER |
|---|---|---|
| | | N22782006 |

IRS NO. 23-2146815

| DATE ORDERED | RECORDS PERTAIN TO | COPIES ORDERED | TYPE OF REQUEST |
|---|---|---|---|
| 10/02/2018 | ALPHONSE SEDDIO | 1 | * SEE BELOW |
| DATE COMPLETED | RECORDS LOCATION | PAGES | ORDER NO. |
| 12/19/2018 | MANHATTAN ORTHOPEDIC CARE | 26 | 22782-L 2-C 0 |

DOL:03/20/2018 MEDICAL & BILLING RECORDS

Payment Due: 01/18/2019

Return Invoice with Check Payable to: **MCS**

Requested By:

COLON   981
MELINDA COLON
60 BAY STREET
4TH FLOOR
STATEN ISLAND      NY 10301
(718) 876-3603

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| BASIC CHARGE | 1 | 45.00 |
| UPLOAD CHARGE | 1 | 2.50 |

CASE: ALPHONSE SEDDIO
 -vs- CITY OF NEW YORK

File No.:
2018-064522

Bill To:
    0088160

NEW YORK CITY LAW DEPARTMENT
MELINDA COLON
60 BAY STREET
4TH FLOOR
STATEN ISLAND      NY  10301

| | | |
|---|---|---|
| SUB TOTAL | | 47.50 |
| TAX | | 0.00 |

Claim No.:   2018-064552

BILLING INQUIRIES ONLY:  (973) 242-5777

AMOUNT DUE      **47.50**

VOUCHERED

PLEASE DETACH

| Invoice # |
|---|
| N22782006 |
| Account # |
| 0088160 |
| Invoice Date |
| 12/19/2018 |
| Amount Due |
| $    47.50 |
| Payment Due Date |
| 01/18/2019 |

**MCS**

The MCS Group, Inc.
1601 Market Street
Suite 800
Philadelphia, PA 19103



1601 Market Street
Philadelphia, PA 19103

**MCS**
**The MCS Group, Inc.**

REFER TO
INVOICE NUMBER
N22782009

IRS NO. 23-2146815

| DATE ORDERED | RECORDS PERTAIN TO | COPIES ORDERED | TYPE OF REQUEST |
|---|---|---|---|
| 10/02/2018 | ALPHONSE SEDDIO | 1 | * SEE BELOW |
| DATE COMPLETED | RECORDS LOCATION | PAGES | ORDER NO. |
| 01/16/2019 | REGIONAL RADIOLOGY | 10 | 22782-L 4-C 0 |

DOL:03/20/2018 MEDICAL RECORDS

Payment Due: 02/15/2019
Return Invoice with Check Payable to: **MCS**

Requested By:
KIMBALL837
JOHN KIMBALL
60 BAY STREET
4TH FLOOR
STATEN ISLAND    NY 10301

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| BASIC CHARGE | 1 | 45.00 |
| UPLOAD CHARGE | 1 | 2.50 |

CASE: ALPHONSE SEDDIO
-vs- CITY OF NEW YORK

File No.:
2018-064522

Bill To:
0089888

NEW YORK CITY LAW DEPARTMENT
JOHN KIMBALL
60 BAY STREET
4TH FLOOR
STATEN ISLAND    NY 10301

| | |
|---|---|
| SUB TOTAL | 47.50 |
| TAX | 0.00 |

Claim No.:
2018-064552

BILLING INQUIRIES ONLY:  (973) 242-5777

AMOUNT DUE    47.50

- - - - - - - - - - - - - - - - PLEASE DETACH - - - - - - - - - - - - - - - -

| Invoice # | ✓ |
|---|---|
| N22782009 | |
| Account # | |
| 0089888 | |
| Invoice Date | |
| 01/16/2019 | ✓ |
| Amount Due | |
| $ 47.50 | ✓ |
| Payment Due Date | |
| 02/15/2019 | |

**MCS**
**The MCS Group, Inc.**
1601 Market Street
Suite 800
Philadelphia, PA 19103

1601 Market Street
Philadelphia, PA 19103


**The MCS Group, Inc.**

IRS NO. 23-2146815

| | | | REFER TO<br>INVOICE NUMBER<br>N22782007 |
|---|---|---|---|
| DATE ORDERED | RECORDS PERTAIN TO | COPIES ORDERED | TYPE OF REQUEST |
| 10/02/2018 | ALPHONSE SEDDIO | 1 | * SEE BELOW |
| DATE COMPLETED | RECORDS LOCATION | PAGES | ORDER NO. |
| 01/15/2019 | REGIONAL RADIOLOGY | 0 | 22782-L 4-C 0 |

DOL: 03/20/2018 IMAGE STUDIES IN CD FORMAT

Payment Due: 02/14/2019

Return Invoice with Check Payable to: MCS

Requested By:

KIMBALL837
JOHN KIMBALL
60 BAY STREET
4TH FLOOR
STATEN ISLAND     NY 10301

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| CUSTODIAL FEE-X-RAYS | 1 | 54.75 |
| FILMS DELIVERED UPS | 1 | 18.00 |

CASE: ALPHONSE SEDDIO
-vs- CITY OF NEW YORK

File No.:
2018-064522

Bill To:
0089888

1/23/2019

NEW YORK CITY LAW DEPARTMENT
JOHN KIMBALL
60 BAY STREET
4TH FLOOR
STATEN ISLAND     NY 10301

Claim No.:   2018-064552

| | |
|---|---|
| SUB TOTAL | 72.75 |
| TAX | 0.00 |
| AMOUNT DUE | 72.75 |

BILLING INQUIRIES ONLY:   (973) 242-5777

*[handwritten notations: 2/7/19  72.75  19-L856  19-N22782007  1/5/19  OB OJ... 6000  OT OB 2091412833]*

· · · · · · · · · · · · · · · · · PLEASE DETACH · · · · · · · · · · · · · · · · ·

RECEIVED
FISCAL SECTION
NYC LAW DEPT
2019 JAN 23  P 1:01

| Invoice # |
|---|
| N22782007 |
| **Account #** |
| 0089888 |
| **Invoice Date** |
| 01/15/2019 |
| **Amount Due** |
| $    72.75 |
| **Payment Due Date** |
| 02/14/2019 |

**MCS**

The MCS Group, Inc.
1601 Market Street
Suite 800
Philadelphia, PA 19103

1601 Market Street
Philadelphia, PA 19103



REFER TO
INVOICE NUMBER
N22782018

IRS NO. 23-2146815

The MCS Group, Inc.

| DATE ORDERED | RECORDS PERTAIN TO | COPIES ORDERED | TYPE OF REQUEST |
|---|---|---|---|
| 03/19/2019 | ALPHONSE SEDDIO | 1 | *   SEE BELOW |
| DATE COMPLETED | RECORDS LOCATION | PAGES | ORDER NO. |
| 2019-04-30 | GHI | 0 | 22792L 13-C0 |

Payment Due Upon Receipt

Return Invoice with Check Payable to: MCS

DOL:03/20/2018COLLATERAL SOURCE RECORDS

Requested By:
KIMBALL837
JOHN KIMBALL
NEW YORK CITY LAW - SI TORT
60 BAY STREET
4TH FLOOR
STATEN ISLAND, NY10301

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| BASIC CHARGE | 1 | 45.00 |

5.21.19

Case:ALPHONSE SEDDIO
VS. CITY OF NEW YORK

File No.:2018-064522

Bill To:0069888(NYC )
JOHN KIMBALL
NEW YORK CITY LAW DEPARTMENT
60 BAY STREET
4TH FLOOR
STATEN ISLAND, NY10301

| | |
|---|---|
| SUB TOTAL | 45.00 |
| TAX | 0.00 |

Claim No.:2018-064552

| AMOUNT PAID | 0.00 |
|---|---|
| AMOUNT DUE | 45.00 |

BILLING,INQUIRIES ONLY:  (215) 246-0900

RECEIVED
FISCAL SECTION
NYC LAW DEPT
2019 MAY 22  A 9: 09

DATE        /     /

INV. AMT. PAID: $   45.00

V#  19- 7696

INV. #  19- N22782018

SVS. PERIOD 04/30/19 TO    /   /

AG:  025  :B/C 0201  : DET. OBJ.  6000

REF. DOC.  CT 1 025 / 2019142833

EDIS

everlaw

| | |
|---|---|
| **Invoice number** | 18852 |
| **Invoice date** | Jun 30, 2019 |
| **Payment terms** | Net 30 |

**Bill To**
NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**
2018-064552

**AMOUNT DUE**

# $285.00

**Due on Jul 30, 2019**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Subscription<br>Due now: 15 GB @ $30.0/GB in the Pitre v. City of New York - 2018-064552 (2018-064552) database for the month of June | 15 | $30.00 | $450.00 |
| Subscription<br>Due now: prorate the Pitre v. City of New York - 2018-064552 database for 19/30 days in June ($450.00 * 19/30 days = $285.00) | 1 | ($165.00) | ($165.00) |

|  |  |
|---|---|
| Subtotal | $285.00 |
| Sales tax | $0.00 |
| Total | $285.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | **$285.00** |

**APPROVED**
*By Alan Springer at 2:30 pm, Jul 10, 2019*

NYC LAW SECT

LM #

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to
ar@everlaw.com.

For billing issues please contact
billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
2101 Webster Street
Suite 1500
Oakland CA 94612
United States

**Pay by ACH / wire transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**SWIFT code:** WFBIUS6S

2019 JUL -9 P 3:21
NYC LAW DEPT
FISCAL SECTION
RECEIVED



everlaw

| | |
|---|---|
| **Invoice number** | 20214 |
| **Invoice date** | Aug 31, 2019 |
| **Payment terms** | Net 30 |

**Bill To**

NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**

2018-064552

AMOUNT DUE

$450.00

Due on Sep 30, 2019

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription** Due now: 15 GB @ $30.0/GB in the Pitre v. City of New York - 2018-064552 (2018-064552) database for the month of August | 15 | $30.00 | $450.00 |

**APPROVED**
By Alan Springer at 1:02 pm, Sep 11, 2019

| | |
|---|---|
| Subtotal | $450.00 |
| Sales tax | $0.00 |
| Total | $450.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | $450.00 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
2101 Webster Street
Suite 1500
Oakland CA 94612
United States

**Pay by ACH / wire transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**SWIFT code:** WFBIUS6S





RECEIVED
FISCAL SECTION
NYC LAW DEPT
2019 SEP 10 P 2: 05



**everlaw**

| | |
|---|---|
| Invoice number | 20896 |
| Invoice date | Sep 30, 2019 |
| Payment terms | Net 30 |

**Bill To**
NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**
2018-064552

AMOUNT DUE

# $450.00

Due on Oct 30, 2019

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Subscription Due now: 15 GB @ $30.0/GB in the Pitre v. City of New York - 2018-064552 (2018-064552) database for the month of September | 15 | $30.00 | $450.00 |

**APPROVED**
By Alan Springer at 4:28 pm, Oct 24, 2019

| | |
|---|---|
| Subtotal | $450.00 |
| Sales tax | $0.00 |
| Total | $450.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | $450.00 |

**Payment instructions**
Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**
Everlaw, Inc.
2101 Webster Street
Suite 1500
Oakland CA 94612
United States

**Pay by ACH / wire transfer**
Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105
**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**SWIFT code:** WFBIUS6S

RECEIVED
FISCAL SECTION
NYC LAW DEPT
2019 OCT 23 P 12: 50





everlaw

| | Invoice number | 22413 |
|---|---|---|
| | Invoice date | Nov 30, 2019 |
| | Payment terms | Net 30 |

**Bill To**
NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**
2018-064552

AMOUNT DUE

## $450.00

Due on Dec 30, 2019

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Subscription | 15 | $30.00 | $450.00 |
| Due now: 15 GB @ $30.0/GB in the Pitre v. City of New York - 2018-064552 (2018-064552) database for the month of November | | | |

**APPROVED**
By Alan Springer at 10:02 am, Dec 20, 2019

| | | |
|---|---|---|
| Subtotal | | $450.00 |
| Sales tax | | $0.00 |
| Total | | $450.00 |
| Paid/Credit | | -$0.00 |
| **Amount due** | | $450.00 |

**Payment instructions**
Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**
Everlaw, Inc.
2101 Webster Street
Suite 1500
Oakland CA 94612
United States

**Pay by ACH / wire transfer**
Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**SWIFT code:** WFBIUS6S



everlaw

| | |
|---|---|
| Invoice number | 21708 |
| Invoice date | Oct 31, 2019 |
| Payment terms | Net 30 |

**Bill To**
NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**
2018-064552

AMOUNT DUE

# $450.00

Due on Nov 30, 2019

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**
Due now: 15 GB @ $30.0/GB in the Pitre v. City of New York -
2018-064552 (2018-064552) database for the month of
October | 15 | $30.00 | $450.00 |

**APPROVED**
By Alan Springer at 4:05 pm, Nov 13, 2019

| | |
|---|---|
| Subtotal | $450.00 |
| Sales tax | $0.00 |
| Total | $450.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | $450.00 |

**Payment instructions**

Please include invoice number(s)
and invoice amount(s) with your
payment.

Send remittance email to
ar@everlaw.com.

For billing issues please contact
billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**
Everlaw, Inc.
2101 Webster Street
Suite 1500
Oakland CA 94612
United States

**Pay by ACH / wire transfer**
Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105
**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**SWIFT code:** WFBIUS6S





RECEIVED
2019 NOV 12 P 4: 15
FISCAL SECTION
NYC LAW DEPT

everlaw

| | |
|---|---|
| Invoice number | 23334 |
| Invoice date | Dec 31, 2019 |
| Payment terms | Net 30 |

**Bill To**
NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**
2018-064552

AMOUNT DUE

# $450.00

Due on Jan 30, 2020

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Subscription | 15 | $30.00 | $450.00 |
| Due now: 15 GB @ $30.0/GB in the Pitre v. City of New York - 2018-064552 (2018-064552) database for the month of December | | | |

**APPROVED**
*By Alan Springer at 10:07 am, Jan 06, 2020*

| | |
|---|---|
| Subtotal | $450.00 |
| Sales tax | $0.00 |
| Total | $450.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | **$450.00** |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
2101 Webster Street
Suite 1500
Oakland CA 94612
United States

**Pay by ACH / wire transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**SWIFT code:** WFBIUS6S







**everlaw**

| | |
|---|---|
| Invoice number | 24143 |
| Invoice date | Jan 31, 2020 |
| Payment terms | Net 30 |

**Bill To**
NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**
2018-064552

**AMOUNT DUE**

# $450.00

**Due on Mar 01, 2020**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Subscription | 15 | $30.00 | $450.00 |
| Due now: 15 GB @ $30.0/GB in the Pitre v. City of New York - 2018-064552 (2018-064552) database for the month of January | | | |

**APPROVED**
*By Alan Springer at 3:43 pm, Feb 19, 2020*

| | |
|---|---|
| Subtotal | $450.00 |
| Sales tax | $0.00 |
| Total | $450.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | $450.00 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
2101 Webster Street
Suite 1500
Oakland CA 94612
United States

**Pay by ACH / wire transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**SWIFT code:** WFBIUS6S





## everlaw

| | |
|---|---|
| **Invoice number** | 24981 |
| **Invoice date** | Feb 29, 2020 |
| **Payment terms** | Net 30 |

**Bill To**
NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**
2018-064552

**AMOUNT DUE**

# $480.00

Due on Mar 30, 2020

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Due now: 16 GB @ $30.0/GB in the Pitre v. City of New York - 2018-064552 (2018-064552) database for the month of February | 16 | $30.00 | $480.00 |

**APPROVED**
*By Alan Springer at 10:17 am, Mar 05, 2020*

| | |
|---|---|
| Subtotal | $480.00 |
| Sales tax | $0.00 |
| Total | $480.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | $480.00 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
2101 Webster Street
Suite 1500
Oakland CA 94612
United States

**Pay by ACH / wire transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**SWIFT code:** WFBIUS6S



everlaw

| | |
|---|---|
| **Invoice number** | 25922 |
| **Invoice date** | Mar 31, 2020 |
| **Payment terms** | Net 30 |

**Bill To**
NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**
2018-064552

**AMOUNT DUE**

# $45.00

**Due on Apr 30, 2020**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Suspension Monthly**<br>Due now: 15 GB @ $3.0 per suspended GB in the Pitre v. City of New York - 2018-064552 (2018-064552) database for the month of March | 15 | $3.00 | $45.00 |

**APPROVED**
*By Alan Springer at 11:53 pm, Apr 30, 2020*

| | |
|---|---|
| Subtotal | $45.00 |
| Sales tax | $0.00 |
| Total | $45.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | **$45.00** |

**Payment instructions**

Please include invoice number(s)
and invoice amount(s) with your
payment.

Send remittance email to
ar@everlaw.com.

For billing issues please contact
billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
2101 Webster Street
Suite 1500
Oakland CA 94612
United States

**Pay by ACH / wire transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**SWIFT code:** WFBIUS6S







everlaw

| | |
|---|---|
| Invoice number | 26881 |
| Invoice date | Apr 30, 2020 |
| Payment terms | Net 30 |

**Bill To**

NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**

2018-064552

**AMOUNT DUE**

**$45.00**

Due on May 30, 2020

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Suspension Monthly** | 15 | $3.00 | $45.00 |
| Due now: 15 GB @ $3.0 per suspended GB in the Pitre v. City of New York - 2018-064552 (2018-064552) database for the month of April | | | |

**APPROVED**
By Alan Springer at 2:16 pm, May 11, 2020

| | |
|---|---|
| Subtotal | $45.00 |
| Sales tax | $0.00 |
| Total | $45.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | **$45.00** |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
2101 Webster Street
Suite 1500
Oakland CA 94612
United States

**Pay by ACH / wire transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105
**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**SWIFT code:** WFBIUS6S



# everlaw

| | | |
|---|---|---|
| **Invoice number** | 27830 |
| **Invoice date** | May 31, 2020 |
| **Payment terms** | Net 30 |

**Bill To**
NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**
2018-064552

### AMOUNT DUE

## $45.00

**Due on Jun 30, 2020**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Suspension Monthly**<br>Due now: 15 GB @ $3.0 per suspended GB in the Pitre v. City of New York - 2018-064552 (2018-064552) database for the month of May | 15 | $3.00 | $45.00 |

**APPROVED**
*By Alan Springer at 10:43 am, Jun 09, 2020*

| | |
|---|---|
| Subtotal | $45.00 |
| Sales tax | $0.00 |
| Total | $45.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | $45.00 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
2101 Webster Street
Suite 1500
Oakland CA 94612
United States

**Pay by ACH / wire transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**SWIFT code:** WFBIUS6S



RECEIVED
FISCAL SECTION
NYC LAW DEPT
2020 JUN -2 P 3: 16

# everlaw

| | |
|---|---|
| Invoice number | 28646 |
| Invoice date | Jun 30, 2020 |
| Payment terms | Net 30 |

**Bill To**

NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**

2018-064552

AMOUNT DUE

## $45.00

Due on Jul 30, 2020

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Suspension Monthly**<br>Due now: 15 GB @ $3.0 per suspended GB in the Pitre v. City of New York - 2018-064552 (2018-064552) database for the month of June | 15 | $3.00 | $45.00 |

| | |
|---|---|
| Subtotal | $45.00 |
| Sales tax | $0.00 |
| Total | $45.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | $45.00 |

**APPROVED**
By Alan Springer at 11:24 am, Jul 22, 2020

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to
ar@everlaw.com.

For billing issues please contact
billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
2101 Webster Street
Suite 1500
Oakland CA 94612
United States

**Pay by ACH / wire transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

Account #: 3445808581
Account name: Everlaw, Inc.
ABA/Routing: 121042882
SWIFT code: WFBIUS6S





RECEIVED
2020 JUL - 7 P 2:47
FISCAL SECTION
NYC LAW DEPT

 

everlaw

| | |
|---|---|
| **Invoice number** | 19511 |
| **Invoice date** | Jul 31, 2019 |
| **Payment terms** | Net 30 |

**Bill To**
NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**
2018-064552

I HEREBY CERTIFY:        That this claim specified herein
is for the article(s) received, services rendered, or
amounts expended for the City of New York that it is
correct as to prices and amounts, and that it was
necessary for the proper transaction of the business of
the department and that it was incurred solely for the
benefit of the City of New York.

AMOUNT DUE

# $450.00

**Due on Aug 30, 2019**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Due now: 15 GB @ $30.0/GB in the Pitre v. City of New York -<br>2018-064552 (2018-064552) database for the month of July | 15 | $30.00 | $450.00 |

NYC LAW STAFF        DATE

**APPROVED**
*By Alan Springer at 7:57 pm, Apr 12, 2021*

| | |
|---|---|
| Subtotal | $450.00 |
| Sales tax | $0.00 |
| Total | $450.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | $450.00 |

**Payment instructions**

Please include invoice number(s)
and invoice amount(s) with your
payment.

Send remittance email to
ar@everlaw.com.

For billing issues please contact
billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
PO BOX 786166
Philadelphia, PA 19178-6166

**Pay by ACH / wire transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**Domestic Wire Transfer:** 121000248
**SWIFT code:** WFBIUS6S (international)

**RECEIVED**
*By VCephas at 9:20 am, Mar 12, 2021*



## everlaw

| | |
|---|---|
| **Invoice number** | 29500 |
| **Invoice date** | Jul 31, 2020 |
| **Payment terms** | Net 30 |

**Bill To**

NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**
2018-064552

**AMOUNT DUE**

# $45.00

Due on Aug 30, 2020

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Suspension Monthly**<br>Due now: 15 GB @ $3.0 per suspended GB in the Pitre v. City of New York - 2018-064552 (2018-064552) database for the month of July | 15 | $3.00 | $45.00 |

**APPROVED**
*By Alan Springer at 6:01 pm, Aug 11, 2020*

| | |
|---|---|
| Subtotal | $45.00 |
| Sales tax | $0.00 |
| Total | $45.00 |
| Paid/Credit | -$0.00 |
| Amount due | $45.00 |

**Payment instructions**

Please include invoice number(s)
and invoice amount(s) with your
payment.

Send remittance email to
ar@everlaw.com.

For billing issues please contact
billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
2101 Webster Street
Suite 1500
Oakland CA 94612
United States

**Pay by ACH / wire transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**SWIFT code:** WFBIUS6S







# everlaw

| | |
|---|---|
| **Invoice number** | 30408 |
| **Invoice date** | Aug 31, 2020 |
| **Payment terms** | Net 30 |

**Bill To**

NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**

2018-064552

AMOUNT DUE

## $45.00

**Due on Sep 30, 2020**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Suspension Monthly**<br>Due now: 15 GB @ $3.0 per suspended GB in the Pitre v. City of New York – 2018-064552 (2018-064552) database for the month of August | 15 | $3.00 | $45.00 |

| | |
|---|---|
| Subtotal | $45.00 |
| Sales tax | $0.00 |
| Total | $45.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | **$45.00** |

**APPROVED**
By Alan Springer at 10:43 am, Sep 21, 2020

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to
ar@everlaw.com.

For billing issues please contact
billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
2101 Webster Street
Suite 1500
Oakland CA 94612
United States

**Pay by ACH / wire transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**SWIFT code:** WFBIUS6S



RECEIVED
2020 SEP -2 P 4: 17
FISCAL SECTION
NYC LAW DEPT



## everlaw

| | |
|---|---|
| Invoice number | 31368 |
| Invoice date | Sep 30, 2020 |
| Payment terms | Net 30 |

**Bill To**
NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**
2018-064552

AMOUNT DUE

# $45.00

Due on Oct 30, 2020

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Suspension Monthly**<br>Due now: 15 GB @ $3.0 per suspended GB in the Pitre v. City of New York - 2018-064552 (2018-064552) database for the month of September | 15 | $3.00 | $45.00 |

> **APPROVED**
> By Alan Springer at 1:08 pm, Oct 15, 2020

| | |
|---|---|
| Subtotal | $45.00 |
| Sales tax | $0.00 |
| Total | $45.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | $45.00 |

**Payment instructions**
Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to
ar@everlaw.com.

For billing issues please contact
billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**
Everlaw, Inc.
2101 Webster Street
Suite 1500
Oakland CA 94612
United States

**Pay by ACH / wire transfer**
Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**SWIFT code:** WFBIUS6S





# everlaw

| | |
|---|---|
| Invoice number | 32243 |
| Invoice date | Oct 31, 2020 |
| Payment terms | Net 30 |

**Bill To**
NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**
2018-064552

AMOUNT DUE

## $45.00

Due on Nov 30, 2020

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Suspension Monthly** Due now: 15 GB @ $3.0 per suspended GB in the Pitre v. City of New York - 2018-064552 (2018-064552) database for the month of October | 15 | $3.00 | $45.00 |

**APPROVED**
By Alan Springer at 3:10 pm, Nov 12, 2020

| | |
|---|---|
| Subtotal | $45.00 |
| Sales tax | $0.00 |
| Total | $45.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | $45.00 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
2101 Webster Street
Suite 1500
Oakland CA 94612
United States

**Pay by ACH / wire transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**SWIFT code:** WFBIUS6S





# everlaw

| | |
|---|---|
| **Invoice number** | 33288 |
| **Invoice date** | Nov 30, 2020 |
| **Payment terms** | Net 30 |

**Bill To**
NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**
2018-064552

AMOUNT DUE

## $45.00

Due on Dec 30, 2020

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Suspension Monthly**<br>Due now: 15 GB @ $3.0 per suspended GB in the Pitre v. City of New York - 2018-064552 database for the month of November | 15 | $3.00 | $45.00 |

**APPROVED**
By Alan Springer at 9:18 pm, Dec 14, 2020

| | |
|---|---|
| Subtotal | $45.00 |
| Sales tax | $0.00 |
| Total | $45.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | $45.00 |

**Payment instructions**
Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**
Everlaw, Inc.
2101 Webster Street
Suite 1500
Oakland CA 94612
United States

**Pay by ACH / wire transfer**
Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**SWIFT code:** WFBIUS6S





**everlaw**

| | |
|---|---|
| **Invoice number** | 34470 |
| **Invoice date** | Dec 31, 2020 |
| **Payment terms** | Net 30 |

**Bill To**

NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**

2018-064552

**AMOUNT DUE**

# $45.00

**Due on Jan 30, 2021**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Suspension Monthly** Due now: 15 GB @ $3.0 per suspended GB in the Pitre v. City of New York - 2018-064552 (2018-064552) database for the month of December | 15 | $3.00 | $45.00 |

**APPROVED**
By Alan Springer at 6:05 pm, Jan 20, 2021

| | |
|---|---|
| Subtotal | $45.00 |
| Sales tax | $0.00 |
| Total | $45.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | $45.00 |

DATE

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
2101 Webster Street
Suite 1500
Oakland CA 94612
United States

**Pay by ACH / wire transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**SWIFT code:** WFBIUS6S





# everlaw

| | |
|---|---|
| Invoice number | 35546 |
| Invoice date | Jan 31, 2021 |
| Payment terms | Net 30 |

**Bill To**
NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**
2018-064552

**AMOUNT DUE**

## $45.00

**Due on Mar 02, 2021**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Suspension Monthly**<br>Due now: 15 GB @ $3.0 per suspended GB in the Pitre v. City of New York – 2018-064552 (2018-064552) database for the month of January | 15 | $3.00 | $45.00 |

**APPROVED**
*By Alan Springer at 10:02 pm, Feb 05, 2021*

| | |
|---|---|
| Subtotal | $45.00 |
| Sales tax | $0.00 |
| Total | $45.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | **$45.00** |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
PO BOX 786166
Philadelphia, PA 19178-6166

**Pay by ACH / wire transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**Domestic Wire Transfer:** 121000248
**SWIFT code:** WFBIUS6S (international)





**everlaw**

| | |
|---|---|
| Invoice number | 36722 |
| Invoice date | Feb 28, 2021 |
| Payment terms | Net 30 |

**Bill To**
NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**
2018-064552

**AMOUNT DUE**

## $45.00

Due on Mar 30, 2021

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Suspension Monthly**<br>Due now: 15 GB @ $3.0 per suspended GB in the Pitre v. City of New York - 2018-064552 (2018-064552) database for the month of February | 15 | $3.00 | $45.00 |

**APPROVED**
By Alan Springer at 12:41 pm, Apr 10, 2021

| | |
|---|---|
| Subtotal | $45.00 |
| Sales tax | $0.00 |
| Total | $45.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | $45.00 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
PO BOX 786166
Philadelphia, PA 19178-6166

**Pay by ACH / wire transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105
**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**Domestic Wire Transfer:** 121000248
**SWIFT code:** WFBIUS6S (international)





RECEIVED
FISCAL SECTION
NYC LAW DEPT
2021 MAR -2 P 3:52



everlaw

| | |
|---|---|
| Invoice number | 39065 |
| Invoice date | Mar 31, 2021 |
| Payment terms | Net 30 |

**Bill To**
NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**
2018-064552

AMOUNT DUE

$45.00

Due on Apr 30, 2021

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Suspension Monthly** Due now: 15.0 GB @ $3.0 per suspended GB in the Pitre v. City of New York - 2018-064552 (2018-064552) database for the month of March | 15 | $3.00 | $45.00 |

**APPROVED**
By Alan Springer at 10:32 am, Apr 16, 2021

| | |
|---|---|
| Subtotal | $45.00 |
| Sales tax | $0.00 |
| Total | $45.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | $45.00 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
PO BOX 786166
Philadelphia, PA 19178-6166

**Pay by ACH / wire transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**Domestic Wire Transfer:** 121000248
**SWIFT code:** WFBIUS6S (international)







**everlaw**

| | |
|---|---|
| **Invoice number** | 39944 |
| **Invoice date** | Apr 30, 2021 |
| **Payment terms** | Net 30 |

**Bill To**
NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**
2018-064552

**AMOUNT DUE**

## $45.00

**Due on May 30, 2021**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Suspension Monthly** Due now: 15.0 GB @ $3.00 per suspended GB in the Pitre v. City of New York - 2018-064552 (2018-064552) database for the month of April | 15 | $3.00 | $45.00 |

**APPROVED**
By Alan Springer at 10:27 am, May 18, 2021

| | |
|---|---|
| Subtotal | $45.00 |
| Sales tax | $0.00 |
| Total | $45.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | $45.00 |

**Payment instructions**
Please include invoice number(s)
and invoice amount(s) with your
payment.

Send remittance email to
ar@everlaw.com.

For billing issues please contact
billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**
Everlaw, Inc.
PO BOX 786166
Philadelphia, PA 19178-6166

**Pay by ACH / wire transfer**
Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**Domestic Wire Transfer:** 121000248
**SWIFT code:** WFBIUS6S (international)





1601 Market Street
Philadelphia, PA 19103



REFER TO
INVOICE NUMBER
**N22782024**

The MCS Group, Inc.

IRS NO. 23-2146815

| DATE ORDERED | RECORDS PERTAIN TO | COPIES ORDERED | TYPE OF REQUEST |
|---|---|---|---|
| 01/14/2021 | ALPHONSE SEDDIO | 1 | *   SEE BELOW |
| DATE COMPLETED | RECORDS LOCATION | PAGES | ORDER NO. |
| 2021-05-28 | NYU LANGONE-ORTHO HOSPITAL | 0 | 22782L 15-CO |

**Payment Due Upon Receipt**

**Return Invoice with Check Payable to: MCS**

DOL:03/20/2018IMAGE STUDIES IN CD FORMAT

Requested By:
KIMBALL837
JOHN KIMBALL
NEW YORK CITY LAW DEPARTMENT
60 BAY STREET
4TH FLOOR
STATEN ISLAND, NY10301

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| BASIC CHARGE/CANCELLATION | 1 | 49.50 |

Case:ALPHONSE SEDDIO
VS. CITY OF NEW YORK

File No.:2018-064522

Bill To:0089888(NYC )
JOHN KIMBALL
NEW YORK CITY LAW DEPARTMENT
60 BAY STREET
4TH FLOOR
STATEN ISLAND, NY10301

| | |
|---|---|
| SUB TOTAL | 49.50 |
| TAX | 0.00 |

Claim No.:2018-064552

BILLING INQUIRIES ONLY:  (215) 246-0900

| | |
|---|---|
| AMOUNT PAID | **0.00** |
| AMOUNT DUE | **49.50** |

DATE: ___/___/___

INV. AMT. PAID: $ 49.00

V# 22-0668

INV. # 21-N 22782024

SVS. PERIOD 05/28/21/TO ___/___/___

AG: 025 :B/C 0201 : DET.OBJ. 6000

REF. DOC. CTI / 025 / 2020/408205

2021 AUG 27  A 10:27

1601 Market Street
Philadelphia, PA 19103



The MCS Group, Inc.

REFER TO
INVOICE NUMBER
**N22782023**

IRS NO. 23-2146815

| DATE ORDERED | RECORDS PERTAIN TO | COPIES ORDERED | TYPE OF REQUEST |
|---|---|---|---|
| 02/01/2021 | ALPHONSE SEDDIO | 1 | *   SEE BELOW |
| DATE COMPLETED | RECORDS LOCATION | PAGES | ORDER NO. |
| 2021-05-28 | REGIONAL RADIOLOGY | 0 | 22782L 17-C0 |

**Payment Due Upon Receipt**

DOL:03/20/2018MEDICAL RECORDS, BILLS & DIAGNOSTIC FILMS ON
CD

**Return Invoice with Check Payable to: MCS**

Requested By:
KIMBALL837
JOHN KIMBALL
NEW YORK CITY LAW DEPARTMENT
60 BAY STREET
4TH FLOOR
STATEN ISLAND, NY10301

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| BASIC CHARGE/CANCELLATION | 1 | 49.50 |

Case:ALPHONSE SEDDIO
VS. CITY OF NEW YORK

File No.:2018-064522

Bill To:0089888(NYC )
JOHN KIMBALL
NEW YORK CITY LAW DEPARTMENT
60 BAY STREET
4TH FLOOR
STATEN ISLAND, NY10301

| | |
|---|---|
| SUB TOTAL | 49.50 |
| TAX | 0.00 |

Claim No.:2018-064552

BILLING INQUIRIES ONLY:  (215) 246-0900

| | |
|---|---|
| AMOUNT PAID | 0.00 |
| AMOUNT DUE | 49.50 |

VOUCHERED
DATE:     /     /
INV. AMT. PAID: $   49.50
V# 22 - 0668
INV. # 21 - N 22782023
SVS. PERIOD 5 / 28 21 TO     /     /
AG: 025   :B/C 0201  : DET. OBJ. 6000
REF. DOC. CTL / 025 / 2020140828S

2021

2021 AUG 27  A 10:27

RECEIVED
FISCAL SECTION
LEGAL DIVISION

1601 Market Street
Philadelphia, PA 19103



REFER TO
INVOICE NUMBER
**N22782022**

IRS NO. 23-2146815

The MCS Group, Inc.

| DATE ORDERED 01/14/2021 | RECORDS PERTAIN TO ALPHONSE SEDDIO | COPIES ORDERED 1 | TYPE OF REQUEST * SEE BELOW |
|---|---|---|---|
| DATE COMPLETED 2021-05-28 | RECORDS LOCATION NYU LANGONE-ORTHO HOSPITAL | PAGES 0 | ORDER NO. 22782L 16-C0 |
| | | Payment Due Upon Receipt | |
| | | Return Invoice with Check Payable to: MCS | |

DOL:03/20/2018BILLING RECORDS

Requested By:
KIMBALL837
JOHN KIMBALL
NEW YORK CITY LAW DEPARTMENT
60 BAY STREET
4TH FLOOR
STATEN ISLAND, NY10301

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| BASIC CHARGE/CANCELLATION | 1 | 49.50 |

Case:ALPHONSE SEDDIO
VS. CITY OF NEW YORK

File No.:2018-064522

Bill To:0089888(NYC )
JOHN KIMBALL
NEW YORK CITY LAW DEPARTMENT
60 BAY STREET
4TH FLOOR
STATEN ISLAND, NY10301

| | |
|---|---|
| SUB TOTAL | 49.50 |
| TAX | 0.00 |

Claim No.:2018-064552

BILLING INQUIRIES ONLY:  (215) 246-0900

| | |
|---|---|
| AMOUNT PAID | **0.00** |
| AMOUNT DUE | **49.50** |

VOUCHERED

DATE:      /    /

INV. AMT. PAID: $  49 50

V:  22 - 0660

INV. #  21 - N 22782022

SVS. PERIOD 05/28/21 TO    /    /

AG:  025  :B/C  0201  : DET. OBJ.  6003

REF. DOC.  CTI  /  025  / 20201408285

2021

2021 AUG 27 A 10:27

TTRD

1601 Market Street
Philadelphia, PA 19103



REFER TO
INVOICE NUMBER
**N22782021**

IRS NO. 23-2146815

The MCS Group, Inc.

| DATE ORDERED 01/14/2021 | RECORDS PERTAIN TO ALPHONSE SEDDIO | COPIES ORDERED 1 | TYPE OF REQUEST * SEE BELOW |
|---|---|---|---|
| DATE COMPLETED 2021-05-28 | RECORDS LOCATION NYU LANGONE-ORTHO HOSPITAL | PAGES 0 | ORDER NO. 22782L 14-C0 |
| | | **Payment Due Upon Receipt** | |
| | | **Return Invoice with Check Payable to: MCS** | |

DOL:03/20/2018HOSPITAL MEDICAL RECORDS

Requested By:
KIMBALL837
JOHN KIMBALL
NEW YORK CITY LAW DEPARTMENT
60 BAY STREET
4TH FLOOR
STATEN ISLAND, NY10301

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| BASIC CHARGE/CANCELLATION | 1 | 49.50 |

Case:ALPHONSE SEDDIO
VS. CITY OF NEW YORK

File No.:2018-064522

Bill To:0089888(NYC )
JOHN KIMBALL
NEW YORK CITY LAW DEPARTMENT
60 BAY STREET
4TH FLOOR
STATEN ISLAND, NY10301

| | |
|---|---|
| SUB TOTAL | 49.50 |
| TAX | 0.00 |

Claim No.:2018-064552

| | |
|---|---|
| AMOUNT PAID | **0.00** |
| AMOUNT DUE | **49.50** |

BILLING INQUIRIES ONLY:  (215) 246-0900



LM# 2018-064552

**Diamond Reporting a Veritext Company - New York Region**
Tel 718 624 /200 Email billing-diamond@veritext.com
Fed. Tax ID 20-3132560

VERITEXT
LEGAL SOLUTIONS

I approve of
this invoice
Signed:
9-21-2021
Nicholas
Green
ACC

| | |
|---|---|
| Invoice #: | 5195171 |
| Invoice Date: | 8/12/2021 |
| Balance Due: | $284.20 |

Bill To:   Nicholas Green Esq.
New York City Law Department
100 Church Street
New York, NY, 10007

Case: Pitre, Edward v. City Of New York Et Al (18CV5950VM)

Job #: 4749334   |   Job Date: 8/4/2021   |   Delivery: Normal

Location:         New York, NY

Billing Atty:     Nicholas Green Esq.

Scheduling Atty:  Nicholas Green Esq. | New York City Law Department

Proceeding Type: Depositions

| | |
|---|---|
| Appearance: | PM |
| Ctl No: | 21-1943 |
| Division: | Labor & Employment |
| Law Mngr: | 2018-064552 |

| | Quantity | Price | Amount |
|---|---|---|---|
| Witness: Edward Pitre | | | |
| Original with 2 Certified Transcripts | 59.00 | $3.60 | $212.40 |
| Attendance | 1.00 | $25.00 | $25.00 |
| Veritext Virtual Primary Participants | 1.00 | $0.00 | $0.00 |
| Word Index | 13.00 | $3.60 | $46.80 |

| | |
|---|---|
| Invoice Total: | $284.20 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $284.20 |

Notes:   0&2 – no split

VOUCHERED
DATE: 6/ 7 /22

INV. AMT. PAID: $ 284 20

V#  22-1583

INV. #  22-1/ PJ-171

SVS. PERIOD 8/6/12 TO 8/4/21

AG:  072  B/C  029  DET. OBJ.  6220
CT  1102  2022 88-0388 Y
REF. DOC.

2021 SEP 21

Payment upon receipt. Accounts 31 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 60 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services, please consult htttp://www.veritext.com/services/all-services/surcharges

Please remit payment to:
Veritext
P.O. Box /1303
Chicago IL 60674-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | 5195171 |
| Invoice Date: | 8/12/2021 |
| Balance Due: | $284.20 |

LM# 2018-064552

Diamond Reporting a Veritext Company - New York Region



I approve of this invoice
Signed: 9-21-2021
Nicholas Green
ACC

| | Invoice #: | 5217086 |
| | Invoice Date: | 8/23/2021 |
| | Balance Due: | $730.40 |

Case Title: Edward v. City Of New York Et Al (1:18cv05950)

| | | Proceeding Type: Depositions |
| | Appearance: | AM/PM |
| | Cll No: | 21-1928 |
| | Division: | Labor & Employment |
| | Index No: | 1:18cv05950 |
| | Law Mngr: | 2018-064552 |

Billing Atty: Nicholas Green Esq

Witness: Edward Pitre

| | Quantity | Price | Amount |
|---|---|---|---|
| Original with 2 Certified Transcripts | 156.00 | $3.60 | $561.60 |
| Attendance | 2.00 | $25.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $0.00 | $0.00 |
| Litigation Package-Secure File Suite | 1.00 | $0.00 | $0.00 |
| Word Index | 33.00 | $3.60 | $118.80 |
| Exhibits - Scanned/Searchable/OCR | 38.00 | $0.00 | $0.00 |
| Electronic Delivery and Handling | 1.00 | $0.00 | $0.00 |

Notes:

VOUCHERED
DATE: 6/7/22
INV. AMT. PAID: $ 730.40
VII
INV. #: 22-5217086
SVS. PERIOD 8/3/21 TO 8/3/21
AG: 072 :B/C 0201 : DET.OBJ. 6220
REF. DOC. CT, 1 072 12022 8803388X

| Invoice Total: | $730.40 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $730.40 |

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | Invoice #: | 5217086 |
| | Invoice Date: | 8/23/2021 |
| | Balance Due: | $730.40 |



everlaw

| | Invoice number | 41187 |
| | Invoice date | May 31, 2021 |
| | Payment terms | Net 30 |

**Bill To**
NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**
2018-064552

**AMOUNT DUE**

# $45.00

Due on Jun 30, 2021

| ITEM | QUANTITY | RATE | AMOUNT |
|------|----------|------|--------|
| **Suspension Monthly** Due now: 15.0 GB @ $3.0 per suspended GB in the Pitre v. City of New York - 2018-064552 (2018-064552) database for the month of May | 15 | $3.00 | $45.00 |

**APPROVED**
By Alan Springer at 2:06 pm, Jun 17, 2021

| | | |
|--|--|--|
| Subtotal | | $45.00 |
| Sales tax | | $0.00 |
| Total | | $45.00 |
| Paid/Credit | | -$0.00 |
| **Amount due** | | **$45.00** |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
PO BOX 786166
Philadelphia, PA 19178-6166

**Pay by ACH / wire transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105

**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**Domestic Wire Transfer:** 121000248
**SWIFT code:** WFBIUS6S (international)





everlaw

| | | | |
|---|---|---|---|
| | **Invoice number** | 42421 | |
| | **Invoice date** | Jun 30, 2021 | |
| | **Payment terms** | Net 30 | |

**Bill To**
NYC Law Department
100 Church St
New York NY 10007-2601
United States

**Billing Reference**
2018-064552

**AMOUNT DUE**

# $360.00

**Due on Jul 30, 2021**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>Due now: 15.0 GB @ $30.0/GB in the Pitre v. City of New York - 2018-064552 (2018-064552) database for the month of June | 15 | $30.00 | $450.00 |
| **Subscription**<br>Due now: prorate the Pitre v. City of New York - 2018-064552 database for 24/30 days in June ($450.00 * 24/30 days = $360.00) | 1 | ($90.00) | ($90.00) |

> **APPROVED**
> *By Alan Springer at 9:53 am, Oct 06, 2021*

| | |
|---|---|
| Subtotal | $360.00 |
| Sales tax | $0.00 |
| Total | $360.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | $360.00 |

**Payment instructions**

Please include invoice number(s) and invoice amount(s) with your payment.

Send remittance email to ar@everlaw.com.

For billing issues please contact billing@everlaw.com.

Tax ID: 27-4422378

**Pay by check**

Everlaw, Inc.
PO BOX 786166
Philadelphia, PA 19178-6166

**Pay by ACH / wire transfer**

Wells Fargo
525 Market St, 5th Floor
San Francisco, CA 94105
**Account #:** 3445808581
**Account name:** Everlaw, Inc.
**ABA/Routing:** 121042882
**Domestic Wire Transfer:** 121000248
**SWIFT code:** WFBIUS6S (international)

VOUCHERED
DATE: 10/18/21
INV. AMT. PAID: $ 360,
V# 22-1558
INV. #: 21-42421
SVS. PERIOD 06/01/21 TO 06/30/21
AG: 025 :B/C 0101 :DET.OBJ. 6860
REF. DOC. POC 025 2022 200 4324

**TruView BSI, LLC**
Truview BSI, LLC
ATTN: Finance Department
225 Broadhollow Road
Suite 304
Melville, NY 11747

2023 SEP 14  PM 2: 54



**New York City Law Department**
Main Location
100 Church Street
New York, NY 10007

| | |
|---|---|
| Invoice #: | 444444410732575 |
| Case #: | 07046SU-01 |
| Claimant: | Pitre, Edward |
| Client Case Number: | 2018-064552LE |
| Invoice Date: | 8/31/23 |
| Payment Due: | 9/30/23 |
| Amount Due: | **$110.00** |

| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 2023-08-31 | In-Office Investigations | Case in Progress | 1.00 | 65.00 | 65.00 |
| 2023-08-31 | Investigative Database Search | | 1.00 | 15.00 | 15.00 |
| 2023-08-31 | Investigative Database Search | | 1.00 | 15.00 | 15.00 |
| 2023-08-31 | Investigative Databse Search | | 1.00 | 15.00 | 15.00 |

| | |
|---|---|
| Subtotal: | $110.00 |
| No Tax (0.00%): | $0.00 |
| Grand Total: | $110.00 |
| Amount Paid: | $0.00 |
| **Amount Due:** | **$110.00** |

**Terms**
Req ID: 1273271
PIN: 02523X001917
Case #: 2018-064552LE
Div:Labor And Employment Law
Requestor: Maria DeCastro

Disclaimer of Warranty
The services are provided on an "as is" basis, and TruView BSI LLC ("TruView") does not guarantee or warrant the correctness, completeness, merchantability, or fitness for a particular purpose of the information provided, and Client expressly disclaims all such warranties, express or implied, including, but not limited to, the implied warranties of merchantability and fitness for a particular purpose. In no event shall TruView be liable to Client or any third party for any loss, damage, lost profits, bodily injury or death caused in whole or in part by TruView in procuring, compiling, collecting, interpreting, reporting communications, or delivering the information or data or in otherwise performing its obligations under this agreement. TruView shall not be liable to Client for other punitive, exemplary, consequential, incidental or special damages arising out of this agreement, including, without limitation, any loss of us of, or injury to, profits, anticipated profits, earnings, or goodwill, whether or not such party had been advised or put on notice of the possibility of such damages. Notwithstanding anything to the contrary contained in this agreement, in no event shall TruView's liability under this agreement for all claims arising under or related to this agreement exceed, in the aggregate, the total amount of fees paid to TruView by Client pursuant to this agreement during the 12-month period immediately preceding the date the event giving rise to such claim occurred.

**Notes**
REMIT TO:
ATTN: Finance Department

225 Broadhollow Road
Suite 304
Melville, NY 11747

NET-30 PAYMENTS TERMS

TAX ID#: 82-0684693

APPROVAL OF EXPENDITURE REQUEST

# 1273271

| | PIN | Status | Current Level | Next Actor |
|---|---|---|---|---|
| | 02523X001917 | Approved | | |

## Requestor Details

| **First Name** | **Last Name** | **Borough** |
|---|---|---|
| Maria | DeCastro | M |

| **Unit** | **Division** | **Office Title** |
|---|---|---|
| Labor And Employment Law | Labor And Employment Law | Senior Counsel |

| **Telephone** | **Room Number** | **Supervisor** |
|---|---|---|
| (212) 356-2658 | 2-175 | Ivan Mendez |

## Vendor Details

| **ASF Vendor ID** | 7337 |
|---|---|
| **Taxpayer Id Number** | 201991362 |
| **Business Name** | THE EBS GROUP, INC. |

| **Is Foreign Vendor** | No |
|---|---|

## Case Detail

| **Case Type** | Validated Case |
|---|---|
| **Case Number** | 2018-064552LE |
| **Matter Name** | PITRE, EDWARD VS CITY OF NEW YORK, ET AL. |

## Request

**Did you perform an MWBE search prior submitting your request ?**   No

**Explanantion**

**Is related to multiple case ?**

No

**Expected Start Date of Service**

8/25/2023

**Expected End of Service Date**

9/15/2023

**Tort/Non tort case/Other**

**Case Type**

Non tort

**Non Tort Case**

Employment Discrimination

**Case Summary**

**Justification of Expenditure**

Other

**Justification of Expenditure Comments**

Surveillance is needed to determine whether Plaintiff continues to work despite disability retirement. Plaintiff currently lives in California.

I certify that the service(s) herein are needed and will be used by the Department in support in litigation in connection with the case name/number referenced above

## Expenditure Details

| Category - Speciality | Request Id | Request Status | Type of Time Unit | Rate | No. of Hours/Units | Estimated Expense | Service Description |
|---|---|---|---|---|---|---|---|
| INVESTIGATORS - SURVEILLANCE | 1249169 | Approved | Hourly rate | $65.00 | 10 | $650.00 | Surveillance |
| INVESTIGATORS - SURVEILLANCE | 1273271 | Approved | Hourly rate | $65.00 | 15 | $975.00 | surveillance in California needed |

**Total Requested Expenses for PIN:**      $1,625.00

**Total Approved Expenses for PIN:**      $1,625.00

**Pending Requested Expenses for PIN:**      $0.00

## Action Level 2

**Action Approver** Maxwell Leighton      **Action Date** 8/22/2023      **Action Status** Approved

**Action Comment**

## Action Level 3

**Action Approver** Richard Friedman      **Action Date** 8/28/2023      **Action Status** Approved

**Action Comment** Approval of request for change of vendor.

**TruView BSI, LLC**
TruView BSI, LLC
ATTN: Finance Department
225 Broadhollow Road
Suite 304
Melville, NY 11747



002801 ✓
23 x 1917 ✓

**New York City Law Department**
Main Location
100 Church Street
New York, NY 10007

| | |
|---|---|
| **Invoice #:** | 444444410732815 |
| **Case #:** | 07046SU-01 |
| **Claimant:** | Pitre, Edward |
| **Client Case Number:** | 2018-064552LE |
| **Invoice Date:** | 9/30/23 |
| **Payment Due:** | 10/31/23 |
| **Amount Due:** | **$682.50** |



| Date | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 2023-09-22 | Investigative Services | Case in Progress | 10.50 | 65.00 | 682.50 |

| | |
|---|---|
| **Subtotal:** | $682.50 |
| **No Tax (0.00%):** | $0.00 |
| **Grand Total:** | $682.50 |
| **Amount Paid:** | $0.00 |
| **Amount Due:** | **$682.50** |

**Terms**
Req ID: 1273271
PIN: 02523X001917
Case #: 2018-064552LE
Div:Labor And Employment Law
Requestor: Maria DeCastro

**Disclaimer of Warranty**
The services are provided on an "as is" basis, and TruView BSI LLC ("TruView") does not guarantee or warrant the correctness, completeness, merchantability, or fitness for a particular purpose of the information provided, and Client expressly disclaims all such warranties, express or implied, including, but not limited to, the implied warranties of merchantability and fitness for a particular purpose. In no event shall TruView be liable to Client or any third party for any loss, damage, lost profits, bodily injury or death caused in whole or in part by TruView in procuring, compiling, collecting, interpreting, reporting communications, or delivering the information or data or in otherwise performing its obligations under this agreement. TruView shall not be liable to Client for other punitive, exemplary, consequential, incidental or special damages arising out of this agreement, including, without limitation, any loss of us of, or injury to, profits, anticipated profits, earnings, or goodwill, whether or not such party had been advised or put on notice of the possibility of such damages. Notwithstanding anything to the contrary contained in this agreement, in no event shall TruView's liability under this agreement for all claims arising under or related to this agreement exceed, in the aggregate, the total amount of fees paid to TruView by Client pursuant to this agreement during the 12-month period immediately preceding the date the event giving rise to such claim occurred.

**Notes**
REMIT TO:
ATTN: Finance Department
225 Broadhollow Road
Suite 304
Melville, NY 11747

NET-30 PAYMENTS TERMS

TAX ID#: 82-0684693

APPROVAL OF EXPENDITURE REQUEST

| 1273271 | PIN | Status | Current Level | Next Actor |
|---|---|---|---|---|
| | 02523X001917 | Approved | | |

## Requestor Details

| First Name | Last Name | Borough |
|---|---|---|
| Maria | DeCastro | M |

| Unit | Division | Office Title |
|---|---|---|
| Labor And Employment Law | Labor And Employment Law | Senior Counsel |

| Telephone | Room Number | Supervisor |
|---|---|---|
| (212) 356-2658 | 2-175 | Ivan Mendez |

## Vendor Details

**ASF Vendor ID** 7337

**Taxpayer Id Number** 201991362

**Business Name** THE EBS GROUP, INC.

## Case Detail

**Case Type** Validated Case

**Case Number** 2018-064552LE

**Matter Name** PITRE, EDWARD VS CITY OF NEW YORK, ET AL.

**Is Foreign Vendor** No

## Request

**Did you perform an MWBE search prior submitting your request ?**   No

**Explanantion**

**Is related to multiple case ?**

No

**Expected Start Date of Service**

8/25/2023

**Expected End of Service Date**

9/15/2023

**Tort/Non tort case/Other**

**Case Type**

Non tort

**Non Tort Case**

Employment Discrimination

**Case Summary**

**Justification of Expenditure**

Other

**Justification of Expenditure Comments**

Surveillance is needed to determine whether Plaintiff continues to work despite disability retirement. Plaintiff currently lives in California.

I certify that the service(s) herein are needed and will be used by the Department in support in litigation in connection with the case name/number referenced above

## Expenditure Details

| Category - Speciality | Request Id | Request Status | Type of Time Unit | Rate | No. of Hours/Units | Estimated Expense | Service Description |
|---|---|---|---|---|---|---|---|
| INVESTIGATORS - SURVEILLANCE | 1249169 | Approved | Hourly rate | $65.00 | 10 | $650.00 | Surveillance |
| INVESTIGATORS - SURVEILLANCE | 1273271 | Approved | Hourly rate | $65.00 | 15 | $975.00 | surveillance in California needed |

**Total Requested Expenses for PIN:**        $1,625.00

**Total Approved Expenses for PIN:**        $1,625.00

**Pending Requested Expenses for PIN:**        $0.00

## Action Level 2

**Action Approver** Maxwell Leighton        **Action Date** 8/22/2023        **Action Status** Approved

**Action Comment**

## Action Level 3

**Action Approver** Richard Friedman        **Action Date** 8/28/2023        **Action Status** Approved

**Action Comment** Approval of request for change of vendor.

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

INVOICE NO.:  0556763-IN
INVOICE DATE:  10/18/23

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

CUSTOMER NO.:  1003071
WORK ORDER NO.:  243333
SALESPERSON:  JANA

NYC Law Department
100 Church Street
New York, NY  10007
Attention:Maria DeCastro

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | EDWARD PITRE v THE CITY OF NEW YORK, et |
| --- | --- |
| | CASE NO.  **18CV05950** |

| 10/11/2023 | Original | | 35.00 | Pages at | $7.30 | 255.50 |
| --- | --- | --- | --- | --- | --- | --- |

2018- 064552

**APPROVED**
By Maria DeCastro at 11:30 am, Feb 06, 2024

| | |
| --- | --- |
| Net Invoice: | 255.50 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 255.50 |

FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324
WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NO.:   0559782-IN
INVOICE DATE:   01/25/24

CUSTOMER NO.:   1003071
WORK ORDER NO.:   247436
SALESPERSON:   JANA

NYC Law Department
100 Church Street
New York, NY  10007
Attention:Maria DeCastro

*PAYMENT IS DUE UPON RECEIPT*

| JOB DATE | EDWARD PITRE v THE CITY OF NEW YORK, et | | | |
|---|---|---|---|---|
| | CASE NO.    **18CV05950** | | | |

| 1/19/2024 | Original | 163.00 | Pages at | $7.30 | 1,189.90 |
|---|---|---|---|---|---|

**APPROVED**
By Maria DeCastro at 10:03 am, Jan 26, 2024

| | |
|---|---|
| Net Invoice: | 1,189.90 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 1,189.90 |

**FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324**
**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER**
**PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC**

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

NYC Law Department
100 Church Street
New York, NY  10007
Attention:Maria DeCastro

| | |
|---|---|
| INVOICE NO.: | 0559783-IN |
| INVOICE DATE: | 01/25/24 |
| CUSTOMER NO.: | 1003071 |
| WORK ORDER NO.: | 247435 |
| SALESPERSON: | JANA |

**\*PAYMENT IS DUE UPON RECEIPT\***

| JOB DATE | EDWARD PITRE v THE CITY OF NEW YORK, et |
|---|---|
| | CASE NO.    **18CV05950** |

| 1/18/2024 | Original | 105.00 | Pages at | $7.30 | 766.50 |
|---|---|---|---|---|---|

APPROVED
By Maria DeCastro at 10:03 am, Jan 26, 2024

| | |
|---|---|
| Net Invoice: | 766.50 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 766.50 |

FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324
WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

|  |  |
|---|---|
| INVOICE NO.: | 0559784-IN |
| INVOICE DATE: | 01/25/24 |

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

|  |  |
|---|---|
| CUSTOMER NO.: | 1003071 |
| WORK ORDER NO.: | 247434 |
| SALESPERSON: | JANA |

NYC Law Department
100 Church Street
New York, NY 10007
Attention:Maria DeCastro

**\*PAYMENT IS DUE UPON RECEIPT\***

JOB DATE        EDWARD PITRE v THE CITY OF NEW YORK, et

CASE NO.    **18CV05950**

| 1/17/2024 | Original | 123.00 | Pages at | $7.30 | 897.90 |
|---|---|---|---|---|---|

2024 JAN 29 P 4:03
FISCAL SECTION
NYC LAW DEPT

**APPROVED**
By Maria DeCastro at 10:03 am, Jan 26, 2024

|  |  |
|---|---|
| Net Invoice: | 897.90 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 897.90 |

FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324
WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

| | |
|---|---|
| INVOICE NO.: | 0559818-IN |
| INVOICE DATE: | 01/25/24 |
| CUSTOMER NO.: | 1003071 |
| WORK ORDER NO.: | 247396 |
| SALESPERSON: | JANA |

NYC Law Department
100 Church Street
New York, NY 10007
Attention:Maria DeCastro

**\*PAYMENT IS DUE UPON RECEIPT\***

JOB DATE           EDWARD PITRE v THE CITY OF NEW YORK, et

                   CASE NO.      **18CV05950**

| | | | | | |
|---|---|---|---|---|---|
| 1/17/2024 | Original | | 67.00  Pages at | $7.30 | 489.10 |

**APPROVED**
By Maria DeCastro at 10:04 am, Jan 26, 2024

| | |
|---|---|
| Net Invoice: | 489.10 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 489.10 |

FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324
WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC

# Invoice

**SOUTHERN DISTRICT REPORTERS PC**
**Tax ID No. 13-2775946**

INVOICE NO.:  0559853-IN
INVOICE DATE:  01/26/24

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

CUSTOMER NO.:  1003071
WORK ORDER NO.:  247505
SALESPERSON:  JANA

NYC Law Department
100 Church Street
New York, NY 10007
Attention:Maria DeCastro

**\*PAYMENT IS DUE UPON RECEIPT\***

| JOB DATE | EDWARD PITRE v THE CITY OF NEW YORK, et |
|---|---|
| CASE NO. | **18CV05950** |

| 1/22/2024 | Original | | 189.00 | Pages at | $7.30 | 1.379.70 |
|---|---|---|---|---|---|---|

APPROVED
By Maria DeCastro at 10:04 am, Jan 26, 2024

| | |
|---|---|
| Net Invoice: | 1.379.70 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | 1.379.70 |

FOR CREDIT CARD PAYMENT, PLEASE CALL (212)805-0324
WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER
PLEASE MAKE CHECK PAYABLE TO SOUTHERN DISTRICT REPORTERS PC